## COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT.

Name   GOVIND        DANIEL        H
    (Last)       (First)     (Initial)

Prisoner Number    K-17945

Institutional Address  CALIFORNIA INSTITUTION FOR MEN

P.O.Box 368, Dorm A4-181L, Chino,Ca01708

Related DDJ

FILED
CLERK, U.S. DISTRICT COURT

JUN - 7 2023

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

U.S.DISTRICT COURT
CENTRAL DISTRICT
EASTERN DIVISION

GOVIND DANIEL
Plaintiff,

vs.

STATE OF CALIFORNIA
CALIFORNIA INSTITUTION FOR MEN
Warden/James S.Hill etal
Defendants.

(Enter the full name of the defendant(s) in this action

**ED CV 23 - 01080 -JFW(JC)**

Case No.
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
COMPLAINT UNDER CIVIL RIGHTS ACT.
FOR MONEY DAMAGES FOR ASSAULT AND
BATTERY, BROKEN WRIST, HEAD,NECK, AND
LOWER SPINE INJURIES

### STATEMENT OF FACTS

This action arises under civil rights claim at California Institution for Men,Chino.Jurisdiction is proper based upon all of the conduct giving arose to this claim alleged herein San Bernardino County,California, Where the Prison is located.

Plaintiff Govind is and was at all relevant times mentioned herein an inmate in the custody, control, and care of CDCR,California Department of Corrections and Rehabilitation employees. At all times during his incarceration, Plaintiff has relied on the defendants'for his safety and protection from physical assault and battery.

On Tuesday,April 26th,2022 at approx. 1800hours in Alpha Culinary,Chino inmate Monkres cdc # T50137 purposefully engaged in an extreme outrigious behavior, violently, wilfully,and maliciously,and sadistically physically assaulted and battery ,pushed plaintiff Govind to the concrete floor causing life threatening injuries, a broken wrist,head and neck,and lower spine injuries.Defendant Correctional Officer Mr.Zuniga and CSC Ms.Gusman were on duty to keep all the prisoners safe including plaintiff Govind  and protect them from unreasonable risk of danger from other prisoners pursuant to Title-15. Defendants' have a duty to protect plaintiff from being attacked by another prisoner, but defendants did not only fail but refused to come to the crime scene to help.

//
//
//

(1)

  
## PARTIES

1)      Plaintiff Daniel H.Govind a 76-years old male,Asian American Citizen of the state of California, currently incarcerated at California Institution for Men,Chino, by California Department of Correction and Rehabilitation (CDCR). At all times mentioned herein this complaint plaintiff Govind was a prisoner within the CDCR-system. At all times during his incarceration plaintiff fully relied upon CDCR for protection from physical brutalitly and to provide full medical care.Plaintiff is incompetent,untrained in law, poor, and not represented by an attorney. Plaintiff seeks justice from the court to grant plaintiff a stste appounted attorney to help him in this civil rights proceeding.

2)      Defendant Mr.James S.Hill at all times mentioned herein this complaint Mr.James S.Hill was employed by CDCR,California Department of Corrections and is the Warden of California Institution For Men,Chino. Plaintiff is informed and believes, and thereon alleges, that Mr.Hill is a properly trained Warden, responsible for supervision of Alpha Culinary,subordinate pernonnel, as well as safety and protection  of all inmate including Govind on Tuesday, April 26th,2022 from physical brutality,assault and battery.

3)      Defendant Ms.Murray, at all times mentioned herein this complaint Ms.Murray was employed by CDCR, California Department of corrections,at California Institution For Men,Chino.Plaintiff is informed and believes, and thereon alleges, that Ms.Murray is a properly trained  Correctional Sergeant  who is and has been responsible for the safety, security, and over all well-being of all inmate at CIM,Chino including inmate Govind on April 26th ,2022 from physical brutality, assault and battery.

4)      Defendant Mr.Zuniga, at all times mentioned herein this complaint Mr.Zuniga was employed by CDCR, California Department of Corrections, at California Institution For Men,Chino. Plaintiff is informed and believes, and thereon alleges, that Mr.Zuniga is a properly trained correctional

1  officer who is and has been responsible for the safety, security, and over
2  all well-being of all inmate at CIM,Chino including inmate Govind on April
3  26th,2022 from physical brutality and assault and battery.

4  5)    Defendant CSC-Ms.Gusman, at all times mentioned herein this complaint
5  Ms.Gusman was employed by CDCR,California Department of Corrections, at
6  California Institution For Men,Chino. Plaintiff is informed and believes,
7  and thereon alleges, that Ms.Gusman is a properly trained Correctional
8  Supervising    Cook who is and has been responsible for safety, security,
9  and over all well-being of Alpha Culinary including inmate Govind on April
10  26th,2022 from physical brutality,and assault and battery.

11  6)    Defendant Md.Mejia Michell,at all times mentioned herein this complaint
12  Ms.Michell was employed by CDCR,California Department of Corrections, at
13  California Institution For Men,Chino. Plaintiff is informed and believes,
14  and thereon alleges,that Ms.Mejia Michell is a properly trained registered/licensed
15  Nurse (RN) who is and has been responsible for safety, well-being,and in
16  the delivery of health care services and the management of health care
17  programs. including inmate Govind's physical brutality, assault and  battery
18  on April 26th, 2022.

19                         FACTS IN SUPPORT THEREOF

20         On Tuesday, April 26th,2022 plaintiff  was pushed to the concrete
21  floor by inmate Monkres cdc T50137. Plaintiff was calling for help (called
22  times) that inmate Monkres has pushed me to the concrete floor and I am
23  in severe pain. No correctional Staff showed up for help for ten minutes
24  although C/O Zuniga and Ms.Gusman were on duty.Man-down nurse Ms.Mejia Michell
25  and Sgt Ms Murray arrived  and I told them inmate Monkres has pushed me
26  down and I am in severe pain. Inmate Monkres was hand-cuffed and taken
27  to the program office and eventually, the pain caused me to loose consciousness
28  and I was taken to the Medical and from there to Riverside Hospital for

                                    (3)

1  medical treatment, a broken wrist on left hand, neck, head and lower spine
2  injuries. (see Exhibit-    all medical record)
3      On April 27th 2022 plaintiff was discharged from Riverside Hospital
4  on a wheelchair, and approx.1830hours Sgt.Ms.Murray called me to the program
5  office and said "inmate Monkres wants to remain in this yard do you have
6  any concerns,I replied " No,only thing I want inmate Monkres to be removed
7  from the Alpha Dininghall, He can stay on the westside and I live on the
8  eastside". I also stated that inmate Lairson cdc T82082 and inmate Mil Ching
9  cdc BN7216 be interviewed and he must be disciplined, and I am writing a
10 cdc-602 under civil rights claim.Based on truthfullness of Sgt.Ms.Murray
11 I signed the (compatibility chrono), she did not read my rights nor she gave
12 me a copy of the chrono .
13     On April 27th,2022 at the evening C/O Zuniga came to my bunk to get
14 some papers signed. I asked C/O Zuniga did he write-up inmake Monkres
15 He replied, that he didn't see any thing. I said I was calling for help
16 and you did not showed up. I told everyone that inmate Monkres pushed me
17 to the concrete floor and caused severe injuries. I have a broken wrist,
18 head,neck,and lower spine injuries. I gave C/O Zuniga inmate Lairson, and
19 inmate Mel Ching names as my witnessess to be interviewed. I signed some
20 papers but he did not give me copy.
21     On April 28th,22 regular CSC-Mr.Loiacono come down to my dorm to
22 check on me to see how I was feeling. I told Mr.Loiacono everything what
23 happened on April  26th, 22 and what Inmate Monkres did to me,caused me a
24 life threatening injuries.Mr.Loiacono saw my broken wrist, head,neck,and
25 lower spine injuries. I asked Mr.Loiacono to interview my two witnessess,
26 inmate Lairson and inmate Mel Ching. Mr.Loiacono said he will interview
27 them and he will also interview inmate Monkres and he will try to inform
28 the administration,and said to get better and come back to work as soon
   as possible.

                        (4)

On April April 29th,2022CSC Mr.Loiacono again came to my bunk with an article from DOM and read it to me explaining my rights how to file my cdc-602 and who to sent it to. My dorm Officer Mr.Jones was present He suggested that the cdc602 be sent to Sgt.Ms.Murray and a copy to the Kitchem Manager Ms.Mustafa which I did accordingly.

On May 03rd, 22 Sgt Ms.Murray came down to my dorm and confirmed that she received the cdc-602 and it will be actioned accordingly.

On May 06th,22 I wrote a letter to ISU, WARDEN Mr.Hill, and  to Ms.Mustafa for a face to face interview and requesting inmate Monkres to be removed from the Alpha Dininghall and a cdc-115 issued.

On may 10th,22 I was transported to Riverside Hospital for medical treatment to put a cast on my broken wrist..

On May 11,22 Sgt.Murray called me to the program office and she confirmed that Warden Mr.Hill has received my letter and asked me if I had any other safety concerns. I replied No, but I did raised my concerns as she has not removed monkres from his job nor disciplined him, neither any of my witnessess were interviewed, rather I have been negletted, rejected, betrayed, and labled as a snitch for telling on inmate Monkres.She said its beyond her scope to discuss this matter. She made me sign a chrono but never gave me a copy and said to go back to my dorm.

On May 23rd,22 I wrote a letter to Inspector General's Office to conduct an investigation in this matter, but until todate I have not received an acknowledgement from them.

On May 29th,22 I wrote another letter to Warden Mr.Hill expressing my concerns. I was not interviewed by  Mr.Hill instead he wrote back saying that my administrative remedies have been exhausted.

On May 31 ,22 I wrote a request for interview with Sgt.Ms.Murray I was told by sgt Mr.Coake that she don't work here any longer and stop writing to her. If I have any further concerns come and talk to him.

(5)

1    At all times mentioned herein this complaint giving a rise to
2    Alpha Culinary Rules, Memorandum dated 11/23/2019 , interpretation of its
3    regulations " it is clearly arbitrary or capricious, nor has reasonable
4    basis for physical attack, or assault and battery. The interpretation is
5    completely contradictory to the plain, mandatory language as described on
6    ( Exhibit-  #16 throhgh 20) Zero tolerance on bulling, intimidation,and
     manupulation.Inmate demonstrating those charactristics will be disciplined
7    immediately, and written uo cdc-115. Also per Title-15,ccd-3022 ,no inmate
     is permitted to assume control over/inmate, including ccr-3023(b)  Zero
                                        another
8    tolerance for any STG behavior within the work place.Until today inmate
9    Monkres cdc # T50137 - is not disciplined, writtten-up cdc-115 nor removed
     from the Alpha Culinary. Inmate Monkres is Big, Tall,and Fat,approx.400Lbs
10   his fist is considered as a dangerous weapon.It further interprets to
11   prohibid excessive force, physical assault and battery, as well as dangerous
     or overly when it is not applied in an effort to maintain or restore dis-
12   cipline, but it used to maliciously and sadistically cause life threatening
     injuries, where the defendants are responsible for unnecessary and wanton
13   infliction of pain  in violation of eighth amendment to United States Cons-
     titution and to cruel and unusual punishment.

14       At all times mentioned herein this complaint defendants' are res-
15   ponsible for physical assault and battery while on duty or otherwise, who
16   didn't actually cause the injury, but they are responsible for creating a
     policy that led to this physical attack and brutality, and they continue
17   to ignore the fact that a serious crime has occured in Alpha Culianry. But
     the justice demands an Elderly Abuse to be brought to Justice.

18       Accordingly, the Court of Law shall re-evaluate all facts and evi-
19   dences presented herein for reckless indifference to human life available
20   at any stage of criminal prosecution and additional term of imprisonment
     including any credit loss resulting from the disciplinary action, a cdc-
21   115 issued to inmate Monkres cdc # T50137 and removed from his job.Justice
22   is what plaintiff seeks and demands to protect future physical brutality
     and fear, and letting the Guilty go free and stop Innocent from receiving
23   Justice. Pulling a trigger on a gun fires a bullet that can't be taken back
24   similarily, plaintiff's left wrist is broken and it will never be normal
25   again,plaintiff's left hand is crippled forever.

26       The U.S.Constitution is the Supreme Law of Land which no body is
27   above.The amendment to constitution prohibits plaintiff's cruelty in prison
     and the fourteenth amendment protects that no state shall deprive any person
28   of the life, liberty, or property without due processof law.
     //

At all times herein this complaint plaintiff Govind an East Indian and an American Citizen presents strong and solid evidences to persuade this Court to callthe witnessess to take a poly graph test including plaintiff that their testimony is honest and truthful. Witnesses Inmate Monkres cdc T50137, Inmate Lairson cdcT82062 and inmate Mel Ching cdc BN7216.

When the CDC'S interpretation of its own regulation "is clearly arbitrary or capricious or has no reasonable basis, contradictory to plain mandatory language of those regulations. the Courts are the ultimate authority regarding the interpretation of CDCR''S Adminisratively promulgating Under-ground regulations published in DOM.

At all times mentioned herein this complaint each individual defendants was actiog under color of state law in their official and individual capacity and in the scope and course of their employment.

At all times mentioned herein this complaint each of them are sued in their official and individual capacities. Defendants' acts,as alleged herein were despicable, knowing,wilful,malicious,and or carried out with reckless disregard to plaintiff's federally protected rights. And as a direct and proximate result of all of the defendants' actions herein alleged, plaintiff suffered and will continue to sufferphysical injuries, severe emotional and psychological distress.

Plaintiff is informed and believes, and thereon alleges, that defendants have acted intentionally in the manner described above and with knowledge of plaintiff's suffering and risk of further serious harm that could result from their actions or refusal to act.And as a proximate result of the defen-dants' conduct, plaintiff have suffered and continues to suffer General Damages in form of severe pain and suffering and emotional distress, Plaintiff is informed and believes, and thereon allges, that he will continue to suffer such damages in the future. As of May 6th plaintiff is still being treated for his lower back and right shoulder by the specialist.

## CLAIM FOR RELIEF

1)      Plaintiff Govind's medical condition,as described herein, a fractured wrist, head, neck, and lower spine injuries, constitute a serious medical needs in that failure to treat the condition would result in further signi-ficantherniation of a disc or disc repture in my lower spine, and the on going failure to treat it is likely to cause more serious injuries.Plaintiff's medical condition also significantly affects his activities in prison each and every day as he is in constant pain.

2)      Defendant Warden Mr.James S.Hill is and at all times mentioned herein was employed at California Institution For Men,Chino. Plaintiff is informed and believes, and thereon alleges, that Mr.James S.Hill is properly trained in his fundamental duties, who is and has been responsible for the safety, security, and over all well-being of all inmates at CIM, Chino. At all times mentioned herein defendant Mr.Hill was acting under color of state law, in the course and scope of his employment, and is sued in his official and individual capacities.

3)      Defendant Ms.Murray is and all times mentioned herein was employed as a sergeant at California Institution For Men,Chino. Plaintiff is informed and believes, and thereon alleges, that Sgt.Murray is properly trained in her fundamental duties, who is and has been responsible for the safety, security, and over all well-being of all inmates at CIM,Chino. At all times mentioned herein defendant Ms.Murray was action under color of state law, in the course and scope of her employment, and is sued in her official and individual capacities.

4)      Defendant Mr.Zuniga is at all times mentioned herein was employed as a Correctional Officer at California Institution For Men,Chino. Plaintiff is informed and believes,and thereon alleges, that C/O Zuniga is properly trained in his fundamental duties, who is and was responsible for the safety, security, and over all well-being of all inmate working in Aplha Culinary on April 26th,2022. At all times mentioned herein Defendant Zuniga was

(8)

acting under color of state law, in the course and scope of his employement
and is sued in his official and individual capacities.

5)    Defendant Ms.Gusman is and at all times mentioned herein was employed
as a correctional supervising cook at California Institution For Men,Chinn.
Plaintiff is informed and believes, and thereon alleges, that csc Ms.Gusman
is properly trained in her fundamental duties, who is and has been respon-
sible for safety, security,and over all well-being of all inmate working in
Alpha Culinary on April 26th,2022. At all times mentioned herein defendant
Ms.Gusman was acting under color of state law, in the course and scope of
her employment, and is sued in her official and individual capacities.

6)    Defendant Ms.Mejia Michell is and at all times mentioned herein
was employed at California Institution For Men,Chino.Plaintiff is informed
and believes, and thereon alleges, that Ms.Michell is a properly trained
Registered Nurse (RN) Licensed in medical field, who is and has been respon-
sible for the medical care of all inmates,this includes management of health
care program. At all times mentioned herein defendant Ms.Michell  was acting
under color of state law, in the course and scope of her employment, and
is sued in her official and individual capacities.

      Plaintiff was subjected to unnecessary and frightening hostility
and threat,labelling him as a snitch on his co-worker, he was also being
stoped from getting extension on medical lay-ins' and represinded that if
he misses his work assignment he will be issued a counselling chrono for
refusing to work and that he shall never get a parole date.

      Plaintiff has no plain,adequate, or complete remedy at law to redress
the wrongs described herein, plaintiff has been and will continue to irre-
parably  injured by the conduct of defendants' unless court grants the exemplary
and punitive damages,Thus plaintiff has exhausted his administrative remedies.
Summons are to be served by the Marshals Office.

PRAYER FOR RELIEF

1  Wherefore, plaintiff respectfully prays that this court grant the
2  judgment as follows:-
3  1)    Granting plaintiff Govind Compensatory damage in amount of $500,000.00
4  (Five Hundred Thousand Dollars) against each defendants jointly and
5  severally.
6  2)    Granting plaintiff Govind Punitive damages in amount of $100,000.00
7  (one hundred thousand dollars) against each defendants jointly and
8  severally.
9  3)    Granting plaintiff Govind reasonable Attorney fee pursuant to Cali-
10  fornia law and reles of the court.
11  4)    Granting plaintiff Govind Cost of Suit, and such further relief as
12  the court deems just and proper.
13  Failure to comply with this simple request, plaintiff has no other
14  remedies but to Demand for a trial by jury.

DEMAND FOR JURY TRIAL

17  Plaintiff Govind hereby demands a trial by jury
18  April 19th, 2023

20  Respectfully Submitted
21  Daniel Govind
22  In Pro-per

(10)

## VERIFICATION

### I   DANIEL GOVIND IN THIS ACTION

I am the Petitioner in this Action, I have read the following Petition for  CIVIL RIGHTS CLAIM      and the facts stated therein are true of my own knowledge, except as to matters that are therein stated on my own Information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at California Institution For Men, Chino, Calif.

April  19th, 2023



Daniel Govind
Petitioner In Pro-se

K-17945
CDCR-Number

(11)

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

2/

# ATTACHMENT



STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL
CDCR-0602 (REV. 03/12)

To. Sgt.Ms.Murray

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | 251801 | |

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.

WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Govind     Daniel | CDC Number: K17945 | Unit/Cell Number: A4-181L | Assignment: Alpha Culinary Clerk |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): Eight Amendment
forbits cruel and unusual punishment.prohibits excessive force and
physical brutality ( Real Party IN INTEREST Inmate Monkres-T50137)

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): On 4/26/22
at approx 1800Hours Inmate Monkres PURPOSEFULLY engaged in an extreme
outrigious behavior,violently,wilfully,and maliciously disregard to
my life pushed me down with his both hands to my chest causing--602A

B. Action requested (If you need more space, use Section B of the CDCR 602-A): Privately interview
inmate Lairson and Inmate Mil Ching Ryan.Petitioner Govind request
for impartial hearing. A serious disciplanary action,cdc-115 for
life threatening and great bodily injury,removal from alpha culinary

Supporting Documents: Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory, CDC 128-G, Classification Chrono):
I have requested for a olsen review for medical record from River
side hospital for broken wrist, head and neck injuries and my left
lower bacj injury and will furnish during next interview.

☐ No, I have not attached any supporting documents. Reason :

Inmate/Parolee Signature: Govind Daniel                        Date Submitted: 4/28/22

☐ By placing my initials in this box, I waive my right to receive an interview.

C. First Level - Staff Use Only
This appeal has been:                                   Staff -- Check One: Is CDCR 602-A Attached?   ☐ Yes   ☐ No
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: _____ Interview Location: _____
Your appeal issue is: ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: _____ (Print Name) Title: _____ Signature: _____ Date completed: _____
Reviewer: _____ (Print Name) Title: _____ Signature: _____
Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant ___ / ___ / ___

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | 251801 | |
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Govind    Daniel | CDC Number: K17945 | Unit/Cell Number: A4-.181. | Assignment: Alpha Culinary Clerk |
|---|---|---|---|

A. Continuation of CDCR 602, Section A only (Explain your issue): Continued from cdc-602
Civil Rights Statement, declaration under penalty of perjury that the

following statement is true and correct. On tuesday april 26,22,C/O
Zuniga and Csc-Ms.Gusman were on duty and at approx.1800hours after
I finished up cleaning I took the white bucket to the scullary and

handed it to inmate Lairson. Inmate Monkres questioned me saying why
I am late,and next if you come late you wash your own bucket. I replied

move out and I will wash it. Inmate Monkres became very aggresive and
violent as described above Monkres acted purposefully in an extreme
outrigious behavior,violently,wilfully and maliciously disregard to

my life rushed and and pushed me with his both hand to my chest to the
ground on a cement floor causing  life threatening,great bodily injuries

a broken wrist on left hand,lower back,head and neck injuries.A crime
against an Elderly inmate who is 75-plus years old and gray.

Petitioner Govind have made this statement openly while he was
on the floor man down that real party in interest is inmate Monkres
to the Medical Staff,Sgt Ms.Murray,Sgt.Mr.Nelson, C/O Zuniga,CSC-Ms
Gusman and CSC-Mr.Loiacono and to Riverside Hospital Medical Staff.

Inmate/Parolee Signature: Govind Daniel          Date Submitted: 4/28/22

B. Continuation of CDCR 602, Section B only (Action requested): Petitioner Govind request for an impartial
hearing, a serious dispinary action,cdc-115 for causing life threatening and great
bodily injury and removal from alpha culinary,because he is considered a threat to safety
and security  of the institution and he could repeat such behavior agaist other inmate
in the near future.. Thr  Eighth Amendment forbits cruel and unusual punishment,
and  prohibits excessive force and physical brutality.

Inmate/Parolee Signature: Govind Daniel          Date Submitted: 4/28/22

May 5/02/ 2022

LEGAL AND CONFIDENTIAL

To. The Warden/Mr.James S.Hill
  CIM/Fac-A
  Chino

From:Daniel Govind K17945
   A4-181L
   Fac-A
   Chino

SUBJECT: REAL PARTY IN INTEREST INMATE MONKRES-T50137
YOUR POWERS AND AUTHORITY TO INVESTIGATE AN ELDERLY
ABUSE/RACIALLY MOTIVATED/ATTEMPTED MURDER

Dear Sir

     I declare under penalty of perjury that the foregoing is true and correct.
I am the petitioner in the obove entitled case.The law is clear and requires full
investigation by the I.S.U. TO CONSIDER ALL RELEVANT INFORMATION presented by
inmate Govind towards a threat to safety and security of institution and all other
inmate.

     On Tuesday April 26th, 22 at approx 1800hours inmate Monkres purposefully
engaged in an extremely outrigeous behavior, violently, wilfully, maliciously
assaulted inmate Govind disregard to his life pushed him with his both hands,
to the concrete floor causing life threatening and great bodily injuries, a broken
wrist on left hand, lower back,head and neck injuries. inmate Monkres's hands and
fists are considered as dangerous weapon.

     Accordingly, experts on justice from your office must re-evaluate this case
as racial motivated, elderly abuse on a 75-years old and gray lead clerk.Evidence
presented must be considered as attempted murder under the natural and probable
consequences doctrine, where sufficient evidence for reckless indiferrence to
human life available at any stage of criminal prosecution and additional term of
imprisonment in addition to any credit loss resulting from the disciplinary action.

     As per Title-15 rules and regulations inmate Monkres must be removed,
considreing dangerous  to Alpha Culinary and a threat to maintain sanitized,healthy
and safe operational work enviornment .Alpha Culinary has zero tolerance on bullies
or hostile work environment. For all of the above reasons inmate Monkres must be
disciplined,immediately written-upcdc-115,and removed from Alpha Culinary.
( attached is a copy of cdc-602 for your perusal)

             I thank you for your time and consideration.

                      Sincerely yours.

                      Daniel Govind

Lairson CDC # T82082                                          CONFIDENTIAL
California Institution For Men
P.O.Box 368  Borrego Hall
Chino Ca91708

<u>TO WHOM IT MAY CONCERN</u>

Dear Sir / Madam

      I  Inmate Lairson CDC # T82082 was on duty on April 26th,2022.
I make this testimony Voluntarily, and Intelligently that I witnessed that
Inmate Monkres was angry and pushed the Lead Clerk Inmate Daniel Govind
to the concrete floor causing great bodily injuries at approx.1800 hours.

Dated  April 30th,2022

                                        Respectfully Submitted

                                        Inmate Lairson

# ATTACHMENT

# B

STATE OF CALIFORNIA
INM TE/PAROLEE APPEAL
CDCR-0602 (REV. 03/12)

To. Sgt.Ms.Murray

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | 251801 | |

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.

WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Govind   Daniel | CDC Number: K17945 | Unit/Cell Number: A4-181L | Assignment: Alpha Culinary Clerk |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): Eight Amendment forbits cruel and unusual punishment,prohibits excessive force and physical brutality ( Real Party IN INTEREST Inmate Monkres-T50137)

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): On 4/26/22 at approx 1800Hours Inmate Monkres PURPOSEFULLY engaged in an extreme outrigious behavior,violently,wilfully,and maliciously disregard to my life pushed me down with his both hands to my chest causing--602A

B. Action requested (If you need more space, use Section B of the CDCR 602-A): Privately interview inmate Lairson and Inmate Mil Ching Ryan.Petitioner Govind request for impartial hearing. A serious disciplanary action,cdc-115 for life threatening and great bodily injury,removal from alpha culinary

Supporting Documents: Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g. CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono): I have requested for a olsen review for medical record from River side hospital for broken wrist, head and neck injuries and my left lower bacj injury and will furnish during next interview.
☐ No, I have not attached any supporting documents. Reason :

Inmate/Parolee Signature: Govind Daniel     Date Submitted: 4/28/22
☐ By placing my initials in this box, I waive my right to receive an interview.

C. First Level - Staff Use Only
This appeal has been:                                   Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter) Date: ___
☐ Accepted at the First Level of Review.
Assigned to: ___ Title: ___ Date Assigned: ___ Date Due: ___
First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: ___ Interview Location: ___
Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ___
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: ___ (Print Name) Title: ___ Signature: ___ Date completed: ___
Reviewer: ___ (Print Name) Title: ___ Signature: ___
Date received by AC: ___

AC Use Only
Date mailed/delivered to appellant ___ / ___ / ___

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| | IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|---|
| | | | 251801 | |
| | | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Govind   Daniel | CDC Number: K17945 | Unit/Cell Number: A4-18L | Assignment: Alpha Culinary Clerk |
|---|---|---|---|

A. Continuation of CDCR 602, Section A only (Explain your issue): Continued from cdc-602
Civil Rights Statement, declaration under penalty of perjury that the

following statement is true and correct. On tuesday april 26,22, C/O
Zuniga and Csc-Ms.Gusman were on duty and at approx.1800hours after
I finished up cleaning I took the white bucket to the scullary and

handed it to inmate Lairson. Inmate Monkres questioned me saying why
I am late,and next if you come late you wash your own bucket. I replied

move out and I will wash it. Inmate Monkres became very aggresive and
violent as described above Monkres acted purposefully in an extreme
outrigious behavior,violently,wilfully and maliciously disregard to

my life rushed and and pushed me with his both hand to my chest to the
ground on a cement floor causing life threatening,great bodily injuries

a broken wrist on left hand,lower back,head and neck injuries.A crime
against an Elderly inmate who is 75-plus years old and gray.

Petitioner Govind have made this statement openly while he was
on the floor man down that real party in interest is inmate Monkres

to the Medical Staff,Sgt Ms.Murray,Sgt.Mr.Nelson, C/O Zuniga,CSC-Ms
Gusman and CSC-Mr.Loiacono and to Riverside Hospital Medical Staff.

Inmate/Parolee Signature: Govind Daniel     Date Submitted: 4/28/22

B. Continuation of CDCR 602, Section B only (Action requested): Petitioner Govind request for an impartial
hearing, a serious dispinary action,cdc-115 for causing life threatening and great
bodily injury and removal from alpha culinary;because he is considered a threat to safety
and security of the institution and he could repeat such behavior agaist other inmate
in the near future.. Thr Eighth Amendment forbits cruel and unusual punishment,
and prohibits excessive force and physical brutality.

Inmate/Parolee Signature: Govind Daniel     Date Submitted: 4/28/22

State of California

OIA Investigation/Allegation Inquiry Findings
Department of Corrections and Rehabilitation

# Memorandum

Date : May 24, 2022

To : Daniel Govind, CDCR# K17945
California Institution for Men

Subject: **INVESTIGATION/ALLEGATION INQUIRY FINDINGS – AASTS LOG# 251801**

**GRIEVANCE ISSUE:** Inmate Govind claim they made statements to staff and they did not take appropriate action and as a result Inmate Monkres purposely in an extreme behavior rushed and pushed claimant to the ground causing injuries a broken wrist on the left hand, lower back, head and neck injuries.

**DETERMINATION OF ISSUE:** Your Claim contained an allegation of staff misconduct as defined in the California Code of Regulations (CCR), Title 15, Section 3486 (c)(17) and was either processed as an Office of Internal Affairs (OIA) Investigation pursuant to CCR, Title 15, Section 3488.2, or as an Allegation Inquiry by a Locally Designated Investigator (LDI) pursuant to CCR, Title 15, Section 3488.3.

**FINDINGS:** Upon receipt and review of the Confidential Investigation Report as described in CCR, Title 15, Section 3488.2(d), Allegation Inquiry Report as described in CCR, Title 15, Section 3488.3(d), or approval from OIA for direct adverse action, the Hiring Authority determined your Claim/Allegation was:

☐ NOT SUSTAINED: The investigation or inquiry failed to disclose a preponderance of evidence to prove or disprove the allegation made in the complaint.
☐ UNFOUNDED: The investigation or inquiry conclusively proved that the act(s) alleged did not occur, or the act(s) may have, or in fact, occurred but the individual employee(s) named in the complaint(s) was not involved.
☒ EXONERATED: The facts, which provided the basis for the complaint or allegation, did in fact occur; however, the investigation or inquiry revealed that the actions were justified, lawful, and proper.
☐ SUSTAINED: The investigation or inquiry disclosed a preponderance of evidence to prove the allegation(s) made in the complaint.

**ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE.** As such, the details of any inquiry or investigation will not be shared with staff, members of the public, or an offender grievant. Although you have the right to submit an allegation of staff misconduct, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff misconduct process. As stated in the associated Office of Grievances Decision response letter, your claim was identified as an allegation of staff misconduct,

Page 2

meaning it was referred outside of the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. The Inquiry/Investigation was completed and your administrative remedies shall be considered exhausted.


_____                    4/cs/cz
JAMES. S. HILL                             Date
Warden
California Institution for Men

May 29, 2022

LEGAL AND CONFIDENTIAL

The Warden
Mr.James S.Hill
California Institution For Men
FAC- A
Chino

Daniel Govind K17945
California Institution For Men
Fac- A  A-4-181L
Chino

SUBJECT: ELDERLY ABUSE

Dear Mr.James S. Hill

        Thank you for your letter dated 5/16/22
Sir,I am been subjected to a charade of meaningless decision which is unlawful.An inmate
assaulting another Elderly 76-years old,a lead clerk breaking his wrist and getting away
without any disciplinary action.Your unreliable theory are based on factually inaccurate
information and mischaracterization of record. You can not base your decision  on isolated
facts taken out of context of the complete record and ignore the true facts and solid
evidences. For these reasons your decision must be corrected or vacated.

        I am faced with injustice.This is a sign of promoting violence in prison.
What a monkey see the monkey do. You letting a guilty person go free and innocent from
getting justice. This makes my normal life wretchedly inadequately.I swear to God and
I am willing to take a polygraph test that my testimony is truthfulland I request
inmate Monkres B, T50137 to take a polygraph test.On 4/26/22 when Monkres pushed me
to the concrete floor I was calling for help and when the helpers arrived I told them
nearly ten times that inmate Monkres have pushed me down and every one heard what I said
Inmate Moinkres was hand-cuffed and removed from the dininghall.

        On 4/27/22 when I got back from RUHS Sgt.Ms.Murray called me to the Admin Bldg.
and said inmate Monkres wants to remain at Fac- A, do I have any concerns and I said
NO. only thing i want him to be removed from the Alpha Dininghall. Based on that
agreement I signed the Compatibility Chrono. I fear NO human beings but God.I also
told Sgt.Murray to Interview Inmate Lairson T82082 and inmate Mil Ching R. BN7216
and same evening C/O.Zuniga Came to my dorm and I told him the same thing. Next day
on 4/28/22 my Boss Mr.Loiacono/CSC came to me and I told him the same thing.

        Pulling a trigger on a gun fires a bullet that can't be taken back. Similarly
my left wrist is broken and I am crippled for life time. If you let one criminal go
unpunished there will be many more in near future doing the same evil things,because
they know there is no justice and they can easily get away.No one wants to be a snitch
in prison. I suggest you to review my C/File of Dec,2006 when I was at HDSP,Susanville
several inmate stubbed C/o Schwab no other C/O's show the incident, I went out of my
way and testified to the Dist. Attorney and to Sgt.Cagle, I didn't care for my life
in the main-line. I wanted to see justice in protecting lifes.

        I fully understand The Warden has the power to stream-line the safety and
security of Alpha Culinary and ensure a fair and impartial  decision in this matter,
guided,controlled by fixed legal principlesand to exercise in conformity with the spirit
of laws,and in the manner to subserve and not to impede or to defeat the end of substa-
ntial justice.I request for a face to face interview to express my concerns in seeking
justice and the only person in this prison is the Warden Mr.Hill is obliged to see the
laws are faithfully executed to serve justice.

                                    Thank you

                                            Daniel Govind

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

DIVISION OF ADULT INSTITUTIONS
**California Institution for Men**
**PO Box 128**
**Chino, CA 91708**



May 16, 2022

Daniel Govind CDCR# K17945
Facility A, A4 – 181L
California Institution for Men

Inmate Govind,

This is in response to the letter you wrote to the Investigative Services Unit (ISU) at the California Institution for Men (CIM). In your letter you indicate on April 26, 2022, at approximately 1800 hours, you were assaulted by Inmate Monkres, B. CDCR# T50137. You state Inmate Monkres intentionally pushed you to the concrete causing great bodily injury to include a broken wrist and injuries to your back, head and neck. You requested this case be reevaluated and that charges for elderly abuse and attempted murder be considered. You also requested Inmate Monkres be removed from the Facility A Culinary.

Your letter has been forwarded to the CIM ISU for further review. A review of the Strategic Offender Management System (SOMS) revealed there was an incident in which you fell down in the culinary and broke your wrist. Per incident number 37924, you stated Inmate Monkres pushed you down, however there were no witnesses to support your allegations. Following this incident, you were interview by Sergeant (Sgt.) M. Murray and signed a Compatibility Chrono demonstrating you did not have any safety concerns. Additionally, following the receipt of your letter, Sgt. Murray interviewed you again and confirmed you do not have safety concerns remaining on Facility A.

As a result, CIM considers this matter closed. If at any time you feel your safety is in jeopardy, it is recommended you advise a custody staff member as soon as possible.

Sincerely,

JAMES S. HILL
Warden
California Institution for Men

May 02nd 2022                                    LEGAL AND CONFIDENTIAL

To: I.S.U.
    CIM-Fac-A
    Chino

From: Daniel Govind K17945
      A4-181L
      Fac-A
      Chino

SUBJECT: REAL PARTY IN INTEREST INMATE MONKRES-T50137
YOUR POWERS AND AUTHORITY TO INVESTIGATE AN ELDERLY
ABUSE/RACIALLY MOTIVATED/ATTEMPTED MURDER

Dear Sir

        I declare under penalty of perjury that the foregoing is true and correct.
I am the petitioner in the obove entitled case.The law is clear and requires full
investigation by the I.S.U. TO CONSIDER ALL RELEVANT INFORMATION presented by
inmate Govind towards a threat to safety and security of institution and all other
inmate.

        On Tuesday April 26th, 22 at approx 1800hours inmate Monkres purposefully
engaged in an extremely outrigeous behavior, violently, wilfully, maliciously
assaulted inmate Govind disregard to his life pushed him with his both hands
to the concrete floor causing life threatening and great bodily injuries, a broken
wrist on left hand, lower back,head and neck injuries. inmate Monkres's hands and
fists are considered as dangerous weapon.

        Accordingly, experts on justice from your office must re-evaluate this case
as racial motivated, elderly abuse on a 75-years old and gray lead clerk.Evidence
presented must be considered as attempted murder under the natural and probable
consequences doctrine, where sufficient evidence for reckless indiferrence to
human life available at any stage of criminal prosecution and additional term of
imprisonment in addition to any credit loss resulting from the disciplinary action.

        As per Title-15 rules and regulations inmate Monkres must be removed,
considreing dangerous  to Alpha Culinary and a threat to maintain sanitized,healthy
and safe operational work enviornment .Alpha Culinary has zero tolerance on bullies
or hostile work environment. For all of the above reasons inmate Monkres must be
disciplined,immediately written-upcdc-115,and removed from Alpha Culinary.
( attached is a copy of cdc-602 for your perusal)

                    I thank you for your time and consideration.

                                        Sincerely yours

                                        Daniel Govind

LEGAL AND CONFIDENTIAL

Office of the
Inspector General
10111 Old Placerville Road # 110
Sacramento,Ca95827

Daniel Govind Ki7945
California Institution For Men
P.O.Box 368    Dorm A4-181L
Chino, Ca91708

Dear Sir

     I am an East Indian 75-years old inmate employed as a Lead Clerk at
Alpha Culinary,CIM,Chino.

     On Tuesday April 26,22 at approx 1800hours Inmate Monkres cdc T50137
suddenly attacked me pushing down on the concrete floor causing Life Threatening
injuries. i would have died if my head would have hit the metal bench,All facts
are attached Except for the medical record from Riverside Hospital.

     On April 28,22 I wrote a cdc-602,and on May 02,22 I wrote to the Warden,
and to I.S.U.. Until today no hearing has been conducted nor I have been interviewed
as per my appeal request.

     Please note, this matter is very serious and I would like your office
to conduct a full investigation in this matter as soon as possible. A face to
face interview   certainly help in expressing my concerns.

     I thank you for your time and consideration in this matter.

Respectfully Submitted

Daniel Govind
5/23/22

# ATTACHMENT

# C

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | Appeal #:_____  Date Received:_____ |
|---|---|
| | Date Due:_____ |
| | Categories:_____ |
| | Grievance #: 251801 |

Claimant Name:___Govind___Daniel___     CDCR #: K17945

Current Housing/Parole Unit: A4-181L_____ Institution/Facility/Parole Region: CIM, Chino

☐ There are no claims that can be appealed.

☐ The following claims cannot be appealed:

Claim #s:

_____
_____
_____

*This is the process to appeal the decision made regarding a claim that is not listed above.*

Claim #: 251801_____

Explain the reason for your appeal of any claims not listed above. Be as specific as you can.

*I am dissatisfied with the response I was given because* I expressed my concerns as simple as
I could possibly be on my cdc 602and a Inmate request to CSC Mustafa dated
4/29/33, a letter to warden Mr.James S.Hill on 5/2/22, a letter to I.S.U.
on 5/2/ 22, a letter to Inspector General on 5/23/22, and again a letter to
Warden Mr.James S.Hill on 5/29/22.and finally a Inmate request to Sgt.
Ms.Murray on 5/31/22.

    The interpretation is completely contradictory to the plain,mandatory
language described on my appeal and to all thge letters as mentioned above.
see Exhibit-A. None of the party mentioned above interviewed me, neither
they called any of my witnessess.. Please take note that this is an Elderly
Abuse. I am 76years old and gray,an East Indian, a Lead Clerk of Aplha

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have
the documents, identify them as best you can below:
Culinary.  Exhibit - A relateds to my CDC-602 and all the letters I wrote
to staff and other agencies.  Exhibit- B Relates to the fracture to my wrist
and treatmnent at Riverside Medical Hospital.

    On 4/26/22 at approx.1800hours  when inmate Monkres CDC#T50137 got
aggressive and violent and purposely pushed me to the concrete floor I lost
conscious and was on the floor for approx 10minutes untill the Medical staff

DISTRIBUTION    Original: Offender's File    Copies: OAI, OAPO, and Offender        ADA Accessible

 CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** GOVIND, DANIEL HARRY

**CDC#:** K17945

**Current Location:** CIM-Facility A

**Date:** 05/05/2022

**Current Area/Bed:** A CH 1 - 000181L

**Log #:** 000000251801

**Claim #: 001**

**Received at Institution/Parole Region:** California Institution for Men

**Submitted to Facility/Parole District:** CIM-Facility A

**Housing Area/Parole Unit:**

**Category:** General Employee Performance

**Sub-Category:** Substandard Performance

The California Department of Corrections and Rehabilitation received your grievance on 05/02/2022 which you submitted on 04/29/2022.

Pursuant to the California Code of Regulations, title 15, your claim has been identified as an allegation of staff misconduct, meaning it will be referred outside the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. This decision exhausts all administrative remedies available to you for this claim.

**Decision: Allegation of Staff Misconduct**

STATE OF CALIFORNIA
GA-22 (Rev. 2013-10)

DEPARTMENT OF CORRECTIONS & REHABILITATION

# INMATE REQUEST FOR INTERVIEW

| DATE | TO | | FROM (LAST NAME) | CDCR NUMBER |
|---|---|---|---|---|
| 4/29/22 | Sgt.Ms.Murray | | Govind Daniel | K17945 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---|---|---|---|---|
| Alpha-4 | 181L | Lead Clerk Alpha Culinary | 1200 FROM | 2000 TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|---|---|---|
| | FROM | TO |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Sgt.Ms.Murray, As discussed on 4/27/22 at approx. 1630 hours I spoke To C/O

Zuniga and CSC Mr.Loiacono on 4/28/22 and on 4/29/22 at 1615hours and he refus

to take the cdc-602. I have posted the cdc-602 in the 602 box addressed to you

I would also like to have a face to face interview with you at earliest possib

Thank you

| Do NOT write below this line.  If more space is required, write on back. | |
|---|---|
| INTERVIEWED BY | DATE |
| DISPOSITION | |

STATE OF CALIFORNIA
GA-22 (Rev. 2013-10)

DEPARTMENT OF CORRECTIONS & REHABILIATION

# INMATE REQUEST FOR INTERVIEW

| DATE 5/31/22 | TO Sgt Ms.Murray | | FROM (LAST NAME) Daniel Govind | CDCR NUMBER K17945 |
|---|---|---|---|---|
| HOUSING Clevelandhall | BED NUMBER 181L | WORK ASSIGNMENT 3rd Watch Lead Clerk Alpha Culinary | JOB NUMBER FROM 1200 TO 1930 | |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | | ASSIGNMENT HOURS FROM TO | |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

It is my most concern of great importance that you understand our verbal agreement of 4/27/22 after I returned from RUHS you called me to Admin Bldg and stated that inmate Monkres wants to remain in Alpha Yard and I stated that I have no concerns as long as He is Removed from Alpha culinary. It was my faith that made me sign the Compatibility Chrono without being afraid of my aggressor. It was my feeling,attitude of deep respect to you that you will be faithfull in doing your duties protecting Institutional safety and security and me welfare. I also gave you two witnessess inmate Lairson T82082 and Mil Ching BN7216.I believe I am being negleted,rejected,betrayed and railroaded.Please I request for a face to face interview so I could fully express my concerns.                                          Thank you

**Do NOT write below this line. If more space is required, write on back.**

| INTERVIEWED BY | DATE |
|---|---|
| DISPOSITION | |

State of California

Department of Corrections and Rehabilitation

## Memorandum

*[handwritten: ORIENTATION - Familiarization without Adaptation to a Subculture]*

Date     November 23, 2019

To       3rd Watch Culinary Rules

Subject : TITLE 15 SECTIONS AND CCR# PARAPHRASES FOR ALPHA CULINARY

1. NO PECKING. On 2nd or 3rd watch meals, Serving –lines, Kosher, 4 inch pans, Therapeutic meals, Kettles, Main chow portions trays, and Soaps, Chemicals, and housekeeping Supplies. More importantly, No double portions in the serving window and the RMA doors: TITLE 15 CCR SECTION 3012 THEFT AND TITLE 15 CCR SECTION 3055 USE OF FOOD.

2. THEIR 4 LEADS AND 4 ASSISTANT LEADS. All leads are responsible for their assigned area and all tools and equipment. However, not Space, Things, or Food: TITLE 15 SECTION CCR 322 EQUALITY OF INMATES. *[handwritten: Knead]*

3. ALWAYS FOLLOW CHAIN OF COMMAND.
   A.   ASSISTANT LEAD
   B.   LEAD
   C.   STAFF.   YOU must have a LAY-IN to verify not reporting to work. TITLE 15 SECTION CCR 3040 PARTICIPATION.

4. "THAT IS NOT MY JOB". Is not acceptable in Alpha Culinary. It's everyone's assignment to maintain a Sanitized, healthy, and safe Operational work environment, TITLE 15 SECTION CCR 3041 PERFORMANCE, AND TITLE 15 SECTION CCR 3040 PARTICIPATION.

5. "DOUBTS". If you have any questions about your Assignment or Duties, consult with the lead on that area first, and if it's not resolved ask staff to assist with CLARIFICATION. TITLE 15 SECTION CCR 3022 EQUALITY OF INMATES.

6. FIRM, FAIR AND CONSISTENT. Either everyone gets something, or NO one gets anything. One for all or none for all. 1200 hours workers will receive the same. No less or more, once we successfully accomplish chow duties. TITLE 15 SECTION CCR 3004 RIGHTS AND RESPECT OF OTHERS.

7. ONLY STAFF; May send leads home or move them from their assigned area. More importantly, all inmates shall NOT exit the dining hall without being searched first.

8. LEADS OR COOKS; shall not Request food portions on their RDOS or use (Mules) to send out portions. Zero tolerance on BULLYING culinary workers for the sole purpose of personal gain, and influence. TITLE 15 SECTION CCR 3004(A) (B) RIGHTS AND RESPECT OF OTHERS.

9. FOODS SUCH AS; Fruits, Rice, Sugar, Ketchup, Uncooked Potatoes, Meats, Tomato paste, Jelly's, or any other item which is not part of Daily Portion are NOT to exit the Culinary. These items are contraband and will be treated as such and will result as a 115 Other Disciplinary Action. TITLE 15 SECTION CCR 3006 CONTRABAND AND TITLE 15 SECTION CCR 3055 USE OF FOOD.

10. ALL FOOD MUST BE DISCARDED; before any Carts, pans, or Big Boys are taken to either the scullery or Dock. TITLE 15 SECTION CCR 3055 USE OF FOOD.

11. LINE SERVERS AND COOKS. Are not to bag food from short line meals or ice. Those allowed are Leads and Clerks, and 1200 hours assigned positions, who are responsible for being fair and consistent under the supervision of the onsite staff. All line servers will receive the same portion of food; No more or less: TITLE 15 SECTION CCR 3022 EQUALITY OF INMATES, AND TITLE 15 SECTION CCR 3041 PERFORMANCE.

12. THEFT; A Lead or Line Server is caught with food or items from these rules above inside the housing units, while chow procedure are in progress. Leads and line servers will be investigated, removed from assigned working area, and a 115 for theft will be issued CDCR # 193 for a Trust Withdrawal, with charges for the stolen goods.

13. LEADS AND LINE SERVERS SHALL NOT REPORT ON THEIR RDOS TO WORK. ONLY STAFF AND CUSTODY WILL DETERMINE IF ADDITIONAL WORKERS ARE NEEDED.

14. OPEN DOOR POLICY; I not a choice in Alpha Culinary. In regards to safety, Security, and accountability in the institution. If you are having difficulty with any of the rules above, inform staff or custody for clarification. TITLE 15 SECTION CCR 3012 THEFT AND TITLE 15 SECTION CCR 3055 USE OF FOOD.

15. ZERO TOLERANCE ON BULLYING, INTIMIDATION, AND MANIPULATION; Pertaining to all inmates in the culinary. Inmates demonstrating these characteristics will be disciplined immediately, and a written 115 report will be issued.

16. LEAD COOKS AND CLERKS ARE RESPONSIBLE; to assist, teach cooks, and prospects on a daily assigned cooking responsibilities and sanitation procedures. More importantly lead cooks and clerks should be more involved on the overall operation of the culinary, not cooking. Leads should always follow chain of command.

17. RIGHTS AND RESPECT OF OTHERS; Inmates have the right to be treated respectfully. No shouting or yelling at inmates. Always instruct and communicate with inmates, and staff with respect. TITLE 15 SECTION CCR 3004(a).

18. THIS MEMORANDUM IS A NOTICE TO ALL ALPHA CULINARY WORKERS, THAT ALPHA CULINARY HAS A ZERO TOLERANCE ON HOSTILE WORK ENVIRONMENT AND OVER FAMILIARITY. All culinary assigned workers must sign the Memorandum on Over Familiarity and Hostile work environment.

19. PETTY 602-s, FOOLISH STAFF COMPLAINTS, AND STAFF THREAT ASSESSMENT WILL NOT BE TAKEN LIGHTLY; And, ALPHA Culinary will be on food restrictions until affected staff returns back to his assigned post.

20. IT'S IMPORTANT FOR ALL ASSIGNED PM WORKERS TO KNOW AND UNDERSTAND THE IMPORTANCE FOR HAVING RULES IN THE CULINARY. UNDERSTANDING AND KNOWING THE RULES WILL ASSIST YOU BECOME AN EFFECTIVE AND PRODUCTIVE LEAD, COOK CLERK AND LINESERVER.

## "FIRM FAIR AND CONSITENT!" *[handwritten above: Consistent]*

| | |
|---|---|
| T. LOAICONO     MON/FRI | C. CABRAL TUE/SAT |
| K. HARRIS        SAT/SUN | S. KEYES SUN/MON |
| Correctional Cook Supervisor 3rd Watch | Correctional Officer 3rd Watch |

# ATTACHMENT

# D

**CIM - California Institution for Men**
14901 Central Ave.
P.O. Box 128
Chino, CA 91710-

**Patient:**
DOB/Age/Birth Gender:
Gender Identity:
Encounter Date:
Attending:

**GOVIND, DANIEL HARRY**
12/19/1945  76 years     Male
Male
12/6/2012
Garikaparthi,Mohan P&S

CDCR #:  K17945
PID #:  11783799
Referring: Garikaparthi,Mohan P&S

---

### Office/Clinic Notes

No data exists for this section

---

### Other Procedures

No data exists for this section

---

### Pathology Documentation

No data exists for this section

---

### Procedures/Interventions

No data exists for this section

---

### Physician Orders

No data exists for this section

---

### Progress Notes

Document Type:
Document Subject:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:
Authentication Information:

Progress Note-Nurse
Emergency Medical Response
4/26/2022 18:11 PDT
Auth (Verified)
Mejia,Michell RN (4/26/2022 22:58 PDT)
Mejia,Michell RN (4/26/2022 22:58 PDT)
Mejia,Michell RN (4/26/2022 22:58 PDT)

**Encounter Info:** Patient Name: DANIEL GOVIND,DOB: 12/19/1945,CDCR: K17945,FIN: 10000000611783799K17945,Facility: CIM,Encounter Type: Institutional Encounter

Received radio and audible alarm at 1753 from culinary advising that I/P had 'fallen'.
Upon arrival I/P found laying on floor of culinary.  Floor appears wet as though having just

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  55375905

Print Date/Time:  5/17/2022 07:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

CIM - California Institution for Men

| Patient: | GOVIND, DANIEL HARRY | | | |
|---|---|---|---|---|
| DOB/Age/Birth Gender: | 12/19/1945 /  76 years | /  Male | CDCR: K17945 |

## Progress Notes

been mopped.  No staff or inmates report having witnessed fall.  I/P awake, alert, oriented.  Denies LOC.  I/P states, "I was running late with my task and he pushed me", implicating another inmate.  I/P is c/o pain in left wrist, right neck/shoulder region, and left lower lateral back/flank area.  On assessment at scene no trauma noted to face or head: no bumps, bruises, cuts, scratches, swelling or redness.  Pupils PERRL.  No cervical spine tenderness noted with palpation.  I/P assisted to seated position.  No trauma or injuries noted to chest, neck, back or extremities: no bumps, bruises, cuts, scratches swelling or redness.  No tenderness noted to the thoracic or lumbar spine with palpation. No deformities noted.  CMS intact in all extremities.  Bilat UE strength/grips equal; Bilat LE strength/pushes/pulls equal.  No C-collar placed at this time as I/P does not meet criteria.  I/P assisted to wheelchair and pushed to medical clinic for further evaluation.  On arrival to clinic, I/P able to transfer from wheelchair to gurney with minimal assist.  I/P placed in position of comfort.  I/P provided ice pack for left wrist for comfort.  No obvious injury noted to left wrist.  No swelling, discoloration, or deformity noted.  I/P able to open and close fist and rotate wrist.  CMS intact.  Vital signs taken.  Conducted more thorough physical exam with no changes from findings on scene.  No injuries noted.  Contacted Dr. G (MOD) and advised of situation and findings.  Repeat neuro exam completed per Dr. G.
After discussion, decision made by Dr. G to send I/P to outside hospital for xray of wrist and evaluation.  Dr. G agree with no need for C-collar at this time due to intact CMS and no spinal tenderness/injuries noted with repeat assessments.  AMR contacted for transport to RUHS.  All appropriate notifications made.

Electronically Signed on 04/26/2022 10:58 PM PDT

Mejia, Michell RN, RN

| | |
|---|---|
| Document Type: | Outpatient Progress Note |
| Document Subject: | Follow-up HLOC ER visit |
| Service Date/Time: | 4/27/2022 10:49 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Garikaparthi,Mohan P&S (4/27/2022 10:55 PDT) |
| Sign Information: | Garikaparthi,Mohan P&S (4/27/2022 10:55 PDT) |
| Authentication Information: | Garikaparthi,Mohan P&S (4/27/2022 10:55 PDT) |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  55375905                                  Print Date/Time:  5/17/2022 07:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

2

CIM - California Institution for Men

Patient:                              **GOVIND, DANIEL HARRY**
DOB/Age/Birth Gender:        12/19/1945 /   76 years      /    Male            CDCR: K17945

---

## Progress Notes

### Chief Complaint
Follow-up high level of care ER return visit.

### History of Present Illness
76-year-old male patient for working at culinary slipped and fall and was brought to the clinic by RN. Patient has shaken up with the fall lying on side and with history of no loss of consciousness and complaining of unable to move. Patient complaining he has back of the neck, right shoulder back, and left flank pain. He also has left wrist pain. RN evaluation shows no action swelling or bruising. Patient had slow response and complaining of pain. Advised RN and the patient urgent BLS ambulance for higher level of care for ER evaluation for any injury due to trauma.

Patient was seen in emergency room and CT scan of C-spine without contrast, CT head without contrast, x-ray pelvis AP only, x-ray wrist complete with oblique leff performed and reviewed the records. Patient CT scan of the head shows mild diffuse cerebral atrophy. No acute hemorrhages, acute infection, or mass-effect is identified. Patient had extensive paranasal sinus disease. Patient CT scan of C-spine shows no acute fracture. Grade 1 anterior listhesis at C3-C4. Multilevel degenerative changes of cervical spine with associated spinal canal and neural foraminal stenosis. Patient left today shows nondisplaced fracture of distal radius, negative for dislocation, negative for soft tissue swelling, no mass. X-ray of pelvis negative for fracture, negative for dislocation, negative for soft tissue swelling, no mass. Appears normal.

Patient came to the TTA and has accommodated temporary wheelchair for 1 month. Patient was seen in clinic this morning and patient was brought into wheelchair and left forearm in a sling with splint in place. Patient does not want any narcotic medications and wants to continue use naproxen he has and wants to use diclofenac gel for neck and back pains. Patient was given 2 weeks laying for work. Advised patient any other acute issues need to follow-up RN. Patient will be scheduled to follow-up orthopedics in 2 weeks. New RFS placed.

### Review of Systems
Patient complains of neck pain, back pain, left wrist pain.

### Physical Exam

Vitals & Measurements
**T:** 36.5 °C (Oral) **T:** 36.2 °C (Temporal Artery) **HR:** 77 (Peripheral) **RR:** 16
**BP:** 134/54 **SpO2:** 98%
**WT:** 74.1 kg **WT:** 74.1 kg (Wt dosing)
Patient evaluations alert oriented x3. Left forearm and upper arm in sling. Systemic exam normal.

### Assessment/Plan
1. Follow-up
   76-year-old male patient s/p ER visit for evaluation of high level of care s/p altercation. Patient charts reviewed and he has closed fracture of distal end of left radius and was managed by orthopedics and placed in a splint and has recommended follow-up in 2 weeks. New RFS placed for orthopedic evaluation. Patient does not want to take any

### Problem List/Past Medical History
Ongoing
BPH without urinary obstruction
CAD (coronary artery disease)
Diabetes mellitus
Diabetic neuropathy
Follow-up
Glaucoma
Hyperlipidemia
Hypertension
Moderate persistent asthma
Onychomycosis of toenail
Peripheral arterial occlusive disease
Pneumonia
Historical
Chronic ulcer of left leg
SARS-associated coronavirus infection
SARS-associated coronavirus infection

### Procedure/Surgical History
CT Cspine W?O contrast (04/26/2022), CT Head w/o contrast (04/26/2022), CVMC: PNA (03/27/2019), US of Lower ext arterial doppler study (07/18/2018).

### Medications
**Active Medications:**
acetaminophen 650 mg 2 tab Oral BID-KOP KOP
1-aspirin EC 81 mg Tab-DR (Aspir-Low) 81 mg 1 tab Oral Daily-KOP KOP
atorvastatin 40 mg 1 tab Oral qPM-KOP KOP
brimonidine 0.2% Soln-Opth 5 mL (brimonidine 0.2% ophthalmic solution) 1 drop Left eye BID-KOP45 KOP
capsaicin 0.025% Cream 60 gm (capsaicin 0.025% topical cream) 1 app Topical TID-KOP KOP
capsaicin 0.025% Cream 60 gm (capsaicin 0.025% topical cream) 1 app Topical TID-KOP KOP
clobetasol 0.05% Cream 30 gm (clobetasol 0.05% topical cream) 1 app Topical Daily-KOP KOP
diclofenac 1% Gel 100 gm (Voltaren) (diclofenac 1% topical gel) 2 gm 1 app Topical QID-KOP KOP PRN: pain
diclofenac 1% Gel 100 gm (Voltaren) (diclofenac 1% topical gel) 2 gm 1 app

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Print Date/Time:  5/17/2022 07:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

CIM - California Institution for Men

| Patient: | **GOVIND, DANIEL HARRY** | | |
|---|---|---|---|
| DOB/Age/Birth Gender: | 12/19/1945 / 76 years | / Male | CDCR: K17945 |

## *Progress Notes*

Tylenol with codeine. He wants to continue his naproxen and use diclofenac gel for external pain management. Patient will get 2 weeks laying for work. Patient accommodated temporarily wheelchair for a month. Counseled the patient any other acute issues need to follow-up RN line.

EDUCATION: Encourage healthy living, nutrition, exercise as tolerated, and low-salt diet. Avoid alcohol, tobacco, illicit drugs and hepatotoxic exposures. Do not do any tattoos, share needles, toothbrushes or razors. Patient education on medication management, side effects, risks and benefits of medication, as well as risks of uncontrolled disease, up to and including the possibility of death.
EFFECTIVE COMMUNICATION: I discussed with the patient findings and treatment options, including their risks and benefits. The importance of compliance was discussed. Urgent care precautions were discussed. The patient is to return to clinic if not significantly better. The patient's questions were answered. I spoke slowly, clearly, using simple language. The patient verbalized, in his own words, understanding and agreed to treatment plan, to my satisfaction.

DISCLAIMER: Voice recognition software was utilized in the creation of this note. Errors in grammar, punctuation, and syntax may have occurred despite concerted effort to proof read and correct.

Orders:
CoV-2 RNA (COVID19), QUAL NAAT-39448
CoV-2 RNA (COVID19), QUAL NAAT-39448
Follow Up RN 10
Follow Up RN 10
Medical Return from Higher Level of Care Follow Up 40
Wheelchair Temporary

Topical QID-KOP KOP PRN: pain
dorzolamide 2% Soln-Opth 10 mL (dorzolamide 2% ophthalmic solution) 1 drop Left eye TID-KOP60 KOP
1-gabapentin 300 mg Cap (gabapentin 300 mg) 900 mg 3 cap Oral BIDAM+12 DOT
glucose 4 gm 1 tab Chewed Daily-KOP KOP PRN: low blood sugar
insulin glargine (Lantus) 100 unit/mL Soln 10 mL (2220-33) (Lantus) 20 unit 0.2 mL Subcutaneous qAM NA
1-isosorbide mononitrate ER 30 mg Tab-ER (isosorbide mononitrate 30 mg , extended release) 30 mg 1 tab Oral Daily-KOP KOP
ketoconazole 2% Cream 30 gm (ketoconazole 2% topical cream) 1 app Topical BID-KOP KOP
lactulose 20 gm 30 mL Oral BID-KOP KOP
latanoprost 0.005% Soln-Opth (latanoprost 0.005% ophthalmic solution) 1 drop Left eye Once a day at bedtime-KOP45 KOP
levalbuterol 45 mcg/puff Aerosol 15 gm (XOPENEX HFA 45 MCG INHALER) 90 mcg 2 puff Oral q6hr-KOP90 KOP PRN: shortness of breath
losartan 50 mg 1 tab Oral Daily-KOP KOP
formoterol-mometasone 5-200 mcg/inh Aerosol 120 Puffs (Dulera 200 mcg-5 mcg/inh inhalation aerosol) 2 puff Oral BID-KOP KOP
naproxen 500 mg 1 tab Oral BID-KOP KOP PRN: pain
Systane Balance Soln-Opth 10 mL (1433-02) (Systane Balance ophthalmic solution) 1 drop Both eyes QID-KOP KOP
pantoprazole 40 mg 1 tab Oral Daily-KOP KOP
1-polycarbophil 625 mg Tab (Fiber Lax) 625 mg 1 tab Oral BID-KOP KOP
simethicone 160 mg 2 tab Chewed BID-KOP KOP
tamsulosin 0.8 mg 2 cap Oral Once a day at bedtime-KOP KOP
triamcinolone 55 mcg Spray-Nasal 16.9 mL (120 Sprays) (Nasacort Allergy 24HR) 110 mcg 2 spray Each nostril Daily-KOP KOP

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID: 55375905

Print Date/Time: 5/17/2022 07:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

4

**CIM - California Institution for Men**

Patient:                 **GOVIND, DANIEL HARRY**
DOB/Age/Birth Gender:     12/19/1945 /  76 years     /  Male       CDCR: K17945

## *Progress Notes*

# NOT a face to face encounter

Electronically Signed on 04/27/2022 02:11 PM PDT

Leyva, Anna MA, MA

| | |
|---|---|
| Document Type: | Phone Message/Call |
| Document Subject: | RN consult for mandown responce for fall in culinary |
| Service Date/Time: | 4/26/2022 20:19 PDT |
| Result Status: | Modified |
| Perform Information: | Garikaparthi,Mohan P&S (4/26/2022 20:37 PDT). Garikaparthi, Mohan P&S (4/26/2022 20:22 PDT) |
| Sign Information: | Garikaparthi,Mohan P&S (4/26/2022 20:37 PDT). Garikaparthi, Mohan P&S (4/26/2022 20:22 PDT) |
| Authentication Information: | Garikaparthi,Mohan P&S (4/26/2022 20:37 PDT). Garikaparthi, Mohan P&S (4/26/2022 20:22 PDT) |

**Addendum by Garikaparthi, Mohan P&S on April 26, 2022 20:36:07 PDT**
Patient had Right shoulder and right scapular area injury due to fall instead noted as left shoulder

76-year-old male patient for working at culinary slipped and fall and was brought to the clinic by RN. Patient has shaken up with the fall lying on side and with history of no loss of consciousness and complaining of unable to move. Patient complaining he has back of the neck, left shoulder back, and left flank pain. He also has left wrist pain. RN evaluation shows no swelling or bruising. Patient had slow response and complaining of pain. Advised RN send the patient urgent BLS ambulance for for higher level of care for ER evaluation for any injury due to trauma.

**Encounter Info:** Patient Name: DANIEL GOVIND,DOB: 12/19/1945,CDCR: K17945,FIN: 10000000611783799K17945,Facility: CIM,Encounter Type: Institutional Encounter

| | |
|---|---|
| Document Type: | Progress Note - RN |
| Document Subject: | Emergency Response/TTA RN Summary |
| Service Date/Time: | 4/26/2022 21:44 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Mejia,Michell RN (4/26/2022 21:47 PDT) |
| Sign Information: | Mejia,Michell RN (4/26/2022 21:47 PDT) |
| Authentication Information: | Mejia,Michell RN (4/26/2022 21:47 PDT) |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID: 55375905                        Print Date/Time:   5/17/2022 07:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.



CIM - California Institution for Men

Patient:            **GOVIND, DANIEL HARRY**
DOB/Age/Birth Gender:   12/19/1945 / 76 years   /   Male      CDCR: K17945

---

## *Progress Notes*

### Reason for Visit/Chief Complaint
Fr-chief complaint: Other: Back and Neck pain s/p Mechanical Fall (04/26/22 18:11:00)
Fr-chief complaint: Other: Mechanical Fall (04/26/22 18:11:00)
Mechanism of Injury: Fall (04/26/22 18:11:00)
Mechanism of Injury: Fall, Other: I/P reports he was 'pushed' down. (04/26/22 18:11:00)
Fr-Past Medical History: Yes (04/26/22 18:11:00)
Nur-Additional Comments Problem History: BPH, DM, neuropathy, glaucoma, HLD, HTN, asthma (04/26/22 18:11:00)

### Prior to Arrival at TTA
CPR: No
AED: No
Oxygen-amb: No
Bleeding Control Initiated: No
Immobilization Applied: No
Fr-Naloxone Administered by Custody: No

### Vital Signs
### Last Recorded Vital Signs:

| Event Name | Event Result | Date/Time |
|---|---|---|
| Finger Stick Blood Sugar POC | 150 mg/dL High | 18:11 |
| Temperature Oral | 36.9 DegC | 18:11 |
| Peripheral Pulse Rate | 78 bpm | 19:50 |
| Peripheral Pulse Rate | 72 bpm | 19:30 |
| Peripheral Pulse Rate | 76 bpm | 19:05 |
| Peripheral Pulse Rate | 81 bpm | 18:50 |
| Peripheral Pulse Rate | 74 bpm | 18:35 |
| Respiratory Rate | 16 br/min | 19:50 |
| Respiratory Rate | 16 br/min | 19:30 |
| Respiratory Rate | 16 br/min | 19:05 |
| Respiratory Rate | 14 br/min | 18:50 |
| Respiratory Rate | 16 br/min | 18:35 |
| Systolic Blood Pressure | 136 mmHg | 19:50 |
| Systolic Blood Pressure | 141 mmHg High | 19:30 |
| Systolic Blood Pressure | 144 mmHg High | 19:05 |
| Systolic Blood Pressure | 139 mmHg | 18:50 |
| Systolic Blood Pressure | 148 mmHg High | 18:35 |
| Diastolic Blood Pressure | 73 mmHg | 19:50 |
| Diastolic Blood Pressure | 74 mmHg | 19:30 |
| Diastolic Blood Pressure | 76 mmHg | 19:05 |
| Diastolic Blood Pressure | 76 mmHg | 18:50 |
| Diastolic Blood Pressure | 77 mmHg | 18:35 |
| Mean Arterial Pressure, Cuff | 94 mmHg | 19:50 |
| Mean Arterial Pressure, Cuff | 96 mmHg | 19:30 |
| Mean Arterial Pressure, Cuff | 99 mmHg | 19:05 |
| Mean Arterial Pressure, Cuff | 97 mmHg | 18:50 |

### Incident Timeline
Fr-Date and Time of Incident: 04/26/22 17:53:00
Fr-Location of Incident: Facility A - Culinary
Mode of Arrival on Unit: Wheelchair
FR- Alarm Activation: Yes
FR- Time of Alarm Activation: 17:53
FR- Alarm Activation Method: Radio
Fr-Time BLS staff on scene: 17:53
FR- Name of First Responder: Custody
Fr-Time Clinical staff notified: 17:53
FR- HCFR Called By: Custody
Fr-Time Clinical staff arrived: 17:56
Fr-Time clinical staff departed: 18:05
Fr-Time PCP notified: 18:29
Other Provider #1 Called: Garikaparthi, Mohan P&S
Other Provider #1 Called Time: 04/26/22 18:29:00
Provider Notification Reason: Fall
Watch Commander Called: SGT Carrillo
Watch Commander Called Time: 04/26/22 19:16:00
EMS Called: Mejia, Michell RN
EMS Called Time: 04/26/22 19:13:00
**EMS Times:**
EMS Sally port arrival time: 04/26/22 19:25:00 (18:11)
EMS Sally port departure time: 04/26/22 20:07:00 (18:11)

### Problem List/Past Medical History
Ongoing
BPH without urinary obstruction
CAD (coronary artery disease)
Diabetes mellitus
Diabetic neuropathy
Follow-up
Glaucoma
Hyperlipidemia
Hypertension
Moderate persistent asthma
Onychomycosis of toenail
Peripheral arterial occlusive disease
Pneumonia
Historical
Chronic ulcer of left leg
SARS-associated coronavirus infection

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  55375905                    Print Date/Time:  5/17/2022 07:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

6

**CIM - California Institution for Men**

Patient: **GOVIND, DANIEL HARRY**
DOB/Age/Birth Gender:   12/19/1945 /  76 years   /  Male      CDCR: K17945

## Progress Notes

| Mean Arterial Pressure, Cuff | 101 mmHg | 18:35 |
|---|---|---|
| SpO2 | 100 % | 19:50 |
| SpO2 | 99 % | 19:30 |
| SpO2 | 99 % | 19:05 |
| SpO2 | 99 % | 18:50 |
| SpO2 | 98 % | 18:35 |
| SpO2 Location | Right hand | 19:50 |
| SpO2 Location | Right hand | 19:30 |
| SpO2 Location | Right hand | 19:05 |
| SpO2 Location | Right hand | 18:50 |
| SpO2 Location | Right hand | 18:35 |
| Oxygen Therapy | Room air | 19:50 |
| Oxygen Therapy | Room air | 19:30 |
| Oxygen Therapy | Room air | 19:05 |
| Oxygen Therapy | Room air | 18:35 |
| Oxygen Therapy | Room air | 18:11 |
| Oxygen Therapy | Room air | 18:11 |

**Last Recorded Pain Assessment:**
Pain Present: Yes actual or suspected pain
Pain Present: Yes actual or suspected pain
Preferred Pain Tool: Numeric rating scale
Preferred Pain Tool: Numeric rating scale
Numeric Pain Scale: 10 = Worst possible pain
Numeric Rating at Rest: 10 = Worst possible pain
Numeric Rating at Rest: 10 = Worst possible pain
Numeric Rating Score Rest: 10
Acceptable Pain at Rest, Numeric: 0 = No pain
Acceptable Pain at Rest, Numeric: 0 = No pain
Numeric Rating With Activity: 10 = Worst possible pain
Numeric Rating With Activity: 10 = Worst possible pain
Numeric Rating Score With Activity: 10
Acceptable Pain With Activity, Numeric: 0 = No pain
Acceptable Pain With Activity, Numeric: 0 = No pain
Primary Pain Location: Other: Right lateral neck/shoulder, left lower back/flank, left wrist.
Primary Pain Quality: Aching, Sharp, Tenderness, Throbbing
Primary Pain Quality: Aching, Sharp, Tenderness, Throbbing
Primary Pain Time Pattern: Constant
Primary Pain Time Pattern: Constant
General Pain Location: Other: Neck, Back, Left Wrist
Respiratory Rate: 16 br/min
Respiratory Rate: 16 br/min
Respiratory Rate: 16 br/min
Respiratory Rate: 14 br/min
Respiratory Rate: 16 br/min
SpO2: 100 %

SARS-associated coronavirus infection

**Active Medications**
Inpatient
acetaminophen, 650 mg, 2 tab, Oral, BID-KOP
Aspir-Low, 81 mg, 1 tab, Oral, Daily-KOP
atorvastatin, 40 mg, 1 tab, Oral, qPM-KOP
brimonidine 0.2% ophthalmic solution, 1 drop, Eye-Left, BID-KOP45
capsaicin 0.025% topical cream, 1 app, Topical, TID-KOP
capsaicin 0.025% topical cream, 1 app, Topical, TID-KOP
clobetasol 0.05% topical cream, 1 app, Topical, Daily-KOP
diclofenac 1% topical gel, 2 gm, 1 app, Topical, QID-KOP, PRN
diclofenac 1% topical gel, 2 gm, 1 app, Topical, QID-KOP, PRN
dorzolamide 2% ophthalmic solution, 1 drop, Eye-Left, TID-KOP60
Dulera 200 mcg-5 mcg/inh inhalation aerosol, 2 puff, Oral, BID-KOP
Fiber Lax, 625 mg, 1 tab, Oral, BID-KOP
gabapentin 300 mg oral capsule, 900 mg, 3 cap, Oral, BIDAM+12
glucose, 4 gm, 1 tab, Chewed, Daily-KOP, PRN
isosorbide mononitrate 30 mg oral tablet, extended release, 30 mg, 1 tab, Oral, Daily-KOP
ketoconazole 2% topical cream, 1 app, Topical, BID-KOP
lactulose, 20 gm, 30 mL, Oral, BID-KOP
Lantus, 20 unit, 0.2 mL, Subcutaneous, qAM
latanoprost 0.005% ophthalmic solution, 1 drop, Eye-Left, Once a day at bedtime-KOP42
losartan, 50 mg, 1 tab, Oral, Daily-KOP
naproxen, 500 mg, 1 tab, Oral, BID-KOP, PRN
Nasacort Allergy 24HR, 110 mcg, 2 spray, Each-nostril, Daily-KOP
pantoprazole, 40 mg, 1 tab, Oral, Daily-KOP
simethicone, 160 mg, 2 tab, Chewed, BID-KOP
Systane Balance ophthalmic solution, 1 drop, Eye-Both, QID-KOP

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  55375905                    Print Date/Time:  5/17/2022 07:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**CIM - California Institution for Men**

Patient:             **GOVIND, DANIEL HARRY**
DOB/Age/Birth Gender:   12/19/1945 /  76 years    /   Male       CDCR: K17945

---

## *Progress Notes*

Genitourinary
GU Signs/Symptoms: None
Bladder Distention: Absent

Behavioral
Recent Life Events: Incarceration
Suicidal Ideation: None
Suicide Plan Formulated: Denies
Suicide Plan Includes Harm to Others: No
Suicide Method Access: None
Suicidal Behavior: None
MAT Program Participant: No
MAT Program Participant: No
Sleeping Behaviors: Reports no problems

### Nursing Diagnosis
Problem: Impaired comfort related to injuries incurred in mechanical fall as evidenced by
I/P reports pain 10/10 in right lateral neck/shoulder, left lower back/flank, and left wrist.
Problem: _ related to _ as evidenced by_

### Treatments
Ice pack to left wrist.  I/P placed in position of comfort.

### Disposition
TTA-Mode of Disposition Via: Ambulance (18:11)
TTA-Category: Urgent (18:11)

### Handoff
Nurse Giving Report: Mejia, Michell RN (18:11)
Name of the Chaperone: Custody (18:11)
Name of the Chaperone: Custody/Medical (18:11)
Patient ID Verified: Yes (18:11)
Patient ID Verified: Yes (18:11)
Date/Time Nurse Received Report: 04/26/22 19:46:00 (18:11)

**Encounter Info:** Patient Name: DANIEL GOVIND,DOB: 12/19/1945,CDCR: K17945,FIN: 10000000611783799K17945,Facility:
CIM,Encounter Type: Institutional Encounter

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  55375905                      Print Date/Time:  5/17/2022 07:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.



* Auth (Verified) *

# Govind, Daniel Harry

K17945

MRN: 7168618

| | | |
|---|---|---|
| Hacobian, David, PA<br>Physician Assistant<br>Specialty: Orthopedic Surgery | Progress Notes ⚠ 🖳<br>Cosign Needed | Encounter Date: 5/10/2022 |

ORTHOPEDIC SURGERY PROGRESS NOTE

Date Received

Date: 05/10/22
Patient's name: Daniel Harry Govind
MRN: 7168618

MAY 1 1 2022

## SUBJECTIVE:

**Chief Complaint:** Fracture of the Left Wrist

**History of present illness:**
Daniel Harry Govind is a 76 y.o. male presenting to the orthopedic clinic for left wrist pain s/p glf after getting pushed at his facility on 4/26/22. Denies any previous hx of wrist injury. Denies any numbness or tingling. Pain is over the left wrist. Denies any pain in any other region. Pt was seen in the ED and was placed in a sugar tong splint and referred to ortho clinic. No further complaint.

Hand dominance: Right
Symptoms: Left wrist pain
Date of Injury/onset of symptoms: 4/26/22
Mechanism of Injury: GLF s/p being pushed
Complaint is worse with use
Complaint is better with rest
Severity of pain is a 5/10
Previous treatment: Sugar tong splint

**Review of systems:**
Constitutional: Denies fatigue and fevers
Eyes: Denies blurry vision, denies eye pain
ENT: No complaints
Cardiovascular: Denies chest pain, denies palpitations
Respiratory: Denies shortness of breath
Musculoskeletal: Left wrist pain
Neurological: Denies headaches, denies loss of consciousness
Dermatologic: Denies rash, denies itching
Genitourinary: Denies dysuria, denies hematuria
Gastrointestinal: Denies abdominal pain, denies nausea and vomiting

**Allergies:**
No Known Allergies

CIM

* Auth (Verified) *

Skin intact when assessed during cast change, no edema over the wrist, TTP over the left wrist,
ROM not tested
Pt is able to move all digits and has full sensation
AIN/PIN/ulnar nn intact, SILT
Neurologic: Motor intact. SILT in distal extremities.

Imaging:
X rays of the left wrist demonstrate distal radius fracture extra articular

ASSESSMENT:

|  | | ICD-10-CM |
|---|---|---|
| 1. | Closed fracture of left distal radius and ulna, initial encounter | S52.502A S52.602A |

Patient Active Problem List
Diagnosis
- Bilateral chronic angle-closure glaucoma, indeterminate stage
- CME (cystoid macular edema)
- Pseudophakia of both eyes
- Seborrheic keratoses
- Moderate nonproliferative retinopathy due to secondary diabetes (HCC)
- Epiretinal membrane, right
- Septic prepatellar bursitis of left knee
- Benign essential hypertension
- Dyslipidemia
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Type 2 diabetes mellitus with moderate nonproliferative retinopathy of left eye and macular edema (HCC)

PLAN:
Facility recommendations
- Weight bearing status: Left upper extremity non-weight bearing
- Immobilization: Transition from sugar tong to SAC today
- Medications: Tylenol/ibuprofren prn. Recommend vitamin D and calcium daily
- Pt is requesting a back brace for support of his low back. Please provide patient with facility approved back brace.
- Plan for next visit: Assess fx healing, transition to wrist brace
- Imaging on next visit: XR L wrist
- Follow-up in 1 month

Orders Placed This Encounter
Procedures
- Cast application/removal
- XR Wrist Comp W Oblique Lt

CIM

* Auth (Verified) *

Govind, Daniel Harry (MRN 7168618)

**Riverside
University
HEALTH SYSTEM**

**RUH Emergency Department**
26520 CACTUS AVE
MORENO VALLEY CA 92555
*Phone:* 951-486-5650
*Fax:* 951-486-7540

S02/S-02

| Patient: | **Daniel Harry Govind** | | | |
|---|---|---|---|---|
| MRN: | 7168618 | Phone: | Home Phone | 909-597-1821 |
| Birthdate: | 12/19/1945 | Address: | CIM | |
| Sex: | M | | CHINO CA 91710 | |
| Primary cvg: | CALIFORNIA DEPARTMENT OF CORRECTIONS | | Group Number: | ICM99012 |
| | CALIFORNIA DEPT OF CORRECTIONS - CA INSTITUTE FOR MEN | | | |
| | K17945 | | | |

## Ambulatory referral to Orthopedic Surgery

Order Date:  Apr 27, 2022

**Associated Dx:**
**Dx Display Text:**
**Referred to Specialty:**    Orthopedic Surgery
**Referred to Department:** RUH ORTHOPEDIC CLINIC

**Reason for Referral:**  Specialty Services Required
**Referral Priority:**  Routine

Reason for Referral: Distal left radius fracture
Number of Visits: 1

DEPARTMENT PHONE NUMBER: 951-486-4000

**Patient Instructions:**

| **Please deliver report/results to the requesting provider and the patient's PCP.** |
|---|

| Entered by: | Dales, Kevin James, DO | PCP: | Mohan Kishore Garikaparthi, MD |
|---|---|---|---|
| Requested by: | Malcolm, Sarah Constance, MD | | 14901 Central Ave |
| | (E-Sig, Apr 27, 2022,3:29 AM) | | Chino CA 91710 |
| | | | Phone:   909-597-1821 |
| LIC #: | A139249 | | Fax:      909-609-3234 |
| NPI #: | 1487064861 | | |
| DEA #: | FP5699256 | | |

Govind, Daniel Harry (MRN 7168618) Printed by Dales, Kevin James, DO [80431] at 4/27/2022
3:29 AM

Page 1 of 1

CIM

**CIM - California Institution for Men**
14901 Central Ave.
P.O. Box 128
Chino, CA 91710-

**Patient:** **GOVIND, DANIEL HARRY**
DOB/Age/Birth Gender: 12/19/1945 76 years    Male
Gender Identity: Male
Encounter Date: 12/6/2012
Attending: Garikaparthi,Mohan P&S

CDCR #:  K17945
PID #:  11783799
Referring: Garikaparthi,Mohan P&S

## Medications

No data exists for this section

## Plans of Care

No data exists for this section

## Procedures

Procedure: **CT Head w/o contrast**
**Status:** Active
**Procedure Date:** 4/26/2022 00:00 PDT
**Last Updated:** 4/27/2022 10:22 PDT; Garikaparthi,Mohan     **Last Reviewed:** 5/10/2022 16:15 PDT; Chilongu,Lesley RN
P&S

**C:** 4/27/2022 10:22 PDT; Garikaparthi, Mohan P&S; CT Head WO Contrast

Result Date: 4/26/2022
Clinical History/Indication for Exam: head/neck trauma CT BRAIN WITHOUT INTRAVENOUS CONTRAST INDICATION:
head/neck trauma TECHNIQUE: Axial computed tomography images of the head/brain without intravenous contrast. Sagittal
and coronal reformatted images were created and reviewed. This CT exam was performed using one or more of the
following dose reduction techniques: automated exposure control, adjustment of the mA and/or kV according to patient size,
and/or use of iterative reconstruction technique. COMPARISON: No relevant prior studies available. FINDINGS: Brain: Mild
diffuse cerebral atrophy. No acute hemorrhages, acute infarction, or mass effect is identified. Midline shift: None. Ventricles:
Normal in caliber. Basal cisterns are clear. Bones/joints: Intact. No acute fracture. Soft tissues: Scalp is intact. Sinuses:
Extensive paranasal sinus disease. Mastoid air cells: Clear. Orbits: Within normal limits.

IMPRESSION: 1. Mild diffuse cerebral atrophy. 2. No acute hemorrhages, acute infarction, or mass effect is identified. 3.
Extensive paranasal sinus disease. Electronically SIGNED by Jose Ospina, MD, PhD. on 04/26/2022 (21:56 Pacific Time )
Automatic exposure control was used as a dose lowering technique. Radiation Dose: CTDI is 65.56 mGy. DLP is 1206.71
mGy-cm.

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  55375817                                Print Date/Time:  5/17/2022 07:11 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

CIM - California Institution for Men

| | |
|---|---|
| Patient: | **GOVIND, DANIEL HARRY** |
| DOB/Age/Birth Gender: | 12/19/1945 /  76 years  /  Male     CDCR: K17945 |

## *Procedures*

Procedure: **CT Cspine W?O contrast**
**Status:** Active
**Procedure Date:** 4/26/2022 00:00 PDT
**Last Updated:** 4/27/2022 10:22 PDT; Garikaparthi,Mohan
P&S                                                   **Last Reviewed:** 5/10/2022 16:15 PDT; Chilongu,Lesley RN

**C:** 4/27/2022 10:22 PDT; Garikaparthi, Mohan P&S; IMAGING:
CT C-Spine WO Contrast

Result Date: 4/26/2022
Clinical History/Indication for Exam: head trauma CT CERVICAL SPINE WITHOUT INTRAVENOUS CONTRAST
INDICATION: head trauma TECHNIQUE:  Axial computed tomography images of the cervical spine without intravenous
contrast. Sagittal and coronal reformatted images were created and reviewed.  This CT exam was performed using one or
more of the following dose reduction techniques:  automated exposure control, adjustment of the mA and/or kV according to
patient size, and/or use of iterative reconstruction technique. COMPARISON:  No relevant prior studies available. FINDINGS:
Vertebrae: Grade 1 anterolisthesis at C3-C4.  Straightening of lordosis.  Normal in height.  Multilevel disc space and facet
degenerative changes are seen throughout the visualized spine, severe. Discs/spinal canal/neural foramina:  Spinal canal
demonstrates multilevel mild stenosis.  Neural foramina demonstrate multilevel stenosis most severe on the right at C3-C4
and bilaterally at C5-C6 and C6-C7. Soft tissues:  No prevertebral soft tissue thickening.  Paraspinous soft tissues are
unremarkable. Lung apices:  Clear.

IMPRESSION: No acute fracture. Grade 1 anterolisthesis at C3-C4. Multilevel degenerative changes of the cervical spine with
associated spinal canal and neural foraminal stenosis as described in further detail above. Electronically SIGNED by Jose
Ospina, MD, PhD, on 04/26/2022 (22:05 Pacific Time ) Automatic exposure control was used as a dose lowering technique.
Radiation Dose: CTDI is 65.56 mGy. DLP is 1206.71 mGy-cm.

Procedure: **US of Lower ext arterial doppler study**
**Status:** Active
**Procedure Date:** 7/18/2018 00:00 PDT
**Last Updated:** 4/14/2019 19:01 PDT; Garikaparthi,Mohan
P&S                                                   **Last Reviewed:** 5/10/2022 16:15 PDT; Chilongu,Lesley RN

**C:** 4/14/2019 19:01 PDT; Garikaparthi, Mohan P&S; IMPRESSION: Mild to moderate, left greater than right, peripheral
vascular disease distal to the trifurcation.

Procedure: **CVMC:PNA**
**Status:** Active
**Procedure Date:** 3/27/2019 00:00 PDT
**Last Updated:** 4/2/2019 20:13 PDT; Aqil,Wasil P&S     **Last Reviewed:** 5/10/2022 16:15 PDT; Chilongu,Lesley RN

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

13

GOVIND, DANIEL HARRY
12/19/1945

K17945
1000000611783799K17945

* Auth (Verified) *

# Govind, Daniel Harry

K17945
MRN: 7168618

**Dales, Kevin James, DO**
Resident
Emergency - Adult

ED Provider Notes
Cosign Needed

Date of Service: 04/27/22 0125

**Procedure Orders**
Orthopedic Injury [347917001] ordered by Dales, Kevin James, DO

Cosign Needed
**Riverside University Health Systems**
*Emergency Department Note*

Patient discussed and plan formulated with attending, Dr. Korbin Haycock

**Patient Identification and History**

**Chief Complaint**
Patient presents with
• Fall

**DANIEL HARRY GOVIND**
MRN: 7168618
DOB: 12/19/1945

RECEIVED
APR 27 2022

History obtained from Patient in English.

Daniel Harry Govind is a 76 y.o. male with no pertinent past medical history sent from jail to RUH ED with c/o left wrist, right neck, right low back pain after being pushed into a wall. Questionable history of taking aspirin. Denies chest pain, shortness of breath, weakness, nausea, numbness.

*All of the patient's medical, surgical, family, and social histories were reviewed and are accurate below.*

**Past Medical History:**
Diagnosis                                                                                                    Date
• Arthritis
• Cataract
• Diabetes mellitus (HCC)
• Glaucoma
• Hypertension
• Proliferative diabetic retinopathy without macular edema associated with type 2        10/31/2016
  diabetes mellitus (HCC)

**Past Surgical History:**
Procedure                                                                          Laterality      Date
• CATARACT EXTRACTION
• PHACOEMULSIFICATION, CATARACT, WITH IOL              Left             2/5/2019
  IMPLANTATION
  *Performed by Hawkins, Kelley Leanne, MD at RUH OR*

**Family History**
Problem                                      Relation                  Age of Onset

CIM

2.1

* Auth (Verified) *

Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
   General: Tenderness **(right neck muscle, left distal radius, right low back paraspinal)** present.
No deformity. Normal range of motion.
   Cervical back: Normal range of motion.
   Right lower leg: No edema.
   Left lower leg: No edema.
Skin:
   General: Skin is warm and dry.
Neurological:
   General: No focal deficit present.
   Mental Status: He is alert.
Psychiatric:
   Mood and Affect: Mood normal.
   Behavior: Behavior normal.


### Procedure Documentation


**Orthopedic Injury**


Date/Time: **4/27/2022 3:23 AM**
Performed by: **Dales, Kevin James, DO**
Authorized by: **Haycock, Korbin Hal, MD**

Consent:
  Consent obtained: **Verbal**
  Consent given by: **Patient**
Universal protocol:
  Patient identity confirmed: **Verbally with patient and arm band**
Injury:
  Injury location: **Forearm**
  Forearm injury location: **L forearm**
  Forearm fracture type: **distal radial**
Pre-procedure details:
  Distal neurologic exam: **Normal**
  Distal perfusion: **distal pulses strong**
  Range of motion: **normal**
Sedation:
  Sedation type: **None**
Anesthesia:
  Anesthesia method: **None**
Procedure details:
  Immobilization: **Splint**
  Splint type: **Sugar tong**
Post-procedure details:
  Distal neurologic exam: **Normal**
  Distal perfusion: **distal pulses strong**
  Range of motion: **normal**
  Procedure completion: **Tolerated well, no immediate complications**


### Medical Decision Making

**OXYGEN SATURATION REVIEWED:**
Pulse ox: SpO2: 99 % (04/27 0100) on room air - normal

Govind, Daniel Harry (MRN 7168618) Printed by Luna, Lanita [62759] at 4/27/2022 6:22 AM

25

C/M

* Auth (Verified) *

### ORDERS:
**Orders Placed This Encounter**
Procedures
- Orthopedic Injury Treatment
- CT C-Spine WO Contrast
- XR Wrist Comp W Oblique Lt
- CT Head WO Contrast
- XR Pelvis Ap Only
- Ambulatory referral to Orthopedic Surgery
- Apply Splints (Specify)

### MEDICATIONS AND/OR FLUIDS GIVEN IN ED:
Medications
**acetaminophen (TYLENOL) tablet 1,000 mg (1,000 mg Oral Given 4/26/22 2123)**
**methocarbamoL (ROBAXIN) tablet 500 mg (500 mg Oral Given 4/26/22 2124)**
**ibuprofen (ADVIL or MOTRIN) tablet 600 mg (600 mg Oral Given 4/26/22 2123)**

### DIAGNOSTIC TEST RESULTS:
Results for orders placed or performed in visit on 02/04/21
COVID-19 RT-PCR (Routine Inhouse)

| Result | Value | Ref Range |
|---|---|---|
| COVID-19 by RT-PCR | NOT DETECTED | NOT DETECTED |

### IMAGING:
CT C-Spine WO Contrast

Result Date: 4/26/2022
Clinical History/Indication for Exam: head trauma CT CERVICAL SPINE WITHOUT INTRAVENOUS CONTRAST INDICATION: head trauma TECHNIQUE: Axial computed tomography images of the cervical spine without intravenous contrast. Sagittal and coronal reformatted images were created and reviewed. This CT exam was performed using one or more of the following dose reduction techniques: automated exposure control, adjustment of the mA and/or kV according to patient size and/or use of iterative reconstruction technique. COMPARISON: No relevant prior studies available FINDINGS: Vertebrae: Grade 1 anterolisthesis at C3-C4. Straightening of lordosis. Normal in height. Multilevel disc space and facet degenerative changes are seen throughout the visualized spine, severe. Discs/spinal canal/neural foramina: Spinal canal demonstrates multilevel mild stenosis. Neural foramina demonstrate multilevel stenosis most severe on the right at C3-C4 and bilaterally at C5-C6 and C6-C7. Soft tissues: No prevertebral soft tissue thickening. Paraspinous soft tissues are unremarkable. Lung apices: Clear

IMPRESSION: No acute fracture. Grade 1 anterolisthesis at C3-C4. Multilevel degenerative changes of the cervical spine with associated spinal canal and neural foraminal stenosis as described in further detail above. Electronically SIGNED by Jose Ospina, MD, PhD. on 04/26/2022 (22:05 Pacific Time ) Automatic exposure control was used as a dose lowering technique. Radiation Dose: CTDI is 65.56 mGy. DLP is 1206.71 mGy-cm.

CT Head WO Contrast

Result Date: 4/26/2022

* Auth (Verified) *

**PLAN:**
Counseled patient regarding diagnosis, diagnostic results, and treatment plan. Daniel Harry Govind indicated understanding of instructions. Anticipatory guidance and return precautions explained to Daniel Harry Govind and family if at bedside. Daniel Harry Govind agreeable with discharge home and follow up as outpatient.

**DISPOSITION:** Discharge back to law enforcement with continued outpatient follow up

**CONDITION:** stable

**PRESCRIPTIONS:**
**Patient's Medications**
**New Prescriptions**
No medications on file
**Previous Medications**

| | |
|---|---|
| ASPIRIN 81 MG EC TABLET | Take 81 mg by mouth daily. |
| ATORVASTATIN (LIPITOR) 40 MG TABLET | Take 40 mg by mouth daily. |
| BRIMONIDINE (ALPHAGAN) 0.2 % OPHTHALMIC SOLUTION | Place 1 drop into the left eye 3 (three) times daily. |
| CAPSAICIN (ZOSTRIX) 0.025 % CREAM | Apply 1 application topically 2 (two) times daily. |
| CIPROFLOXACIN HCL (CILOXAN) 0.3 % OPHTHALMIC SOLUTION | Place 2 drops into the left eye every 4 (four) hours. |
| CLOBETASOL (TEMOVATE) 0.05 % CREAM | Apply 1 application topically daily. |
| DEXTROSE-VITAMIN D3 4-400 GRAM-UNIT CHEW | Take 1 g by mouth. |
| GABAPENTIN (NEURONTIN) 400 MG CAPSULE | Take 900 mg by mouth 2 (two) times daily. |
| GLUCOSE 4 GM CHEWABLE TABLET | Take 4 g by mouth as needed for Low Blood Sugar. |
| INSULIN GLARGINE (LANTUS) 100 UNIT/ML INJECTION | Inject 20 Units into the skin every evening. |
| ISOSORBIDE DINITRATE (ISORDIL) 30 MG TABLET | Take 30 mg by mouth daily. |
| LACTULOSE (KRISTALOSE) 10 GRAM PACKET | Take 20 g by mouth 2 (two) times daily. |
| LATANOPROST (XALATAN) 0.005 % OPHTHALMIC SOLUTION | Place 1 drop into the left eye every evening. |
| LEVALBUTEROL HCL INHL | Inhale 90 mcg into the lungs every 6 (six) hours as needed (SOB). |
| LORATADINE (CLARITIN) 10 MG TABLET | Take 10 mg by mouth daily. |
| LOSARTAN (COZAAR) 50 MG TABLET | Take 50 mg by mouth daily. |

* Auth (Verified) *

**PLAN:**
Counseled patient regarding diagnosis, diagnostic results, and treatment plan. Daniel Harry Govind indicated understanding of instructions. Anticipatory guidance and return precautions explained to Daniel Harry Govind and family if at bedside. Daniel Harry Govind agreeable with discharge home and follow up as outpatient.

**DISPOSITION:** Discharge back to law enforcement with continued outpatient follow up

**CONDITION:** stable

**PRESCRIPTIONS:**
**Patient's Medications**
**New Prescriptions**
  No medications on file
**Previous Medications**

| Medication | Instructions |
|---|---|
| ASPIRIN 81 MG EC TABLET | Take 81 mg by mouth daily. |
| ATORVASTATIN (LIPITOR) 40 MG TABLET | Take 40 mg by mouth daily. |
| BRIMONIDINE (ALPHAGAN) 0.2 % OPHTHALMIC SOLUTION | Place 1 drop into the left eye 3 (three) times daily. |
| CAPSAICIN (ZOSTRIX) 0.025 % CREAM | Apply 1 application topically 2 (two) times daily. |
| CIPROFLOXACIN HCL (CILOXAN) 0.3 % OPHTHALMIC SOLUTION | Place 2 drops into the left eye every 4 (four) hours. |
| CLOBETASOL (TEMOVATE) 0.05 % CREAM | Apply 1 application topically daily. |
| DEXTROSE-VITAMIN D3 4-400 GRAM-UNIT CHEW | Take 1 g by mouth. |
| GABAPENTIN (NEURONTIN) 400 MG CAPSULE | Take 900 mg by mouth 2 (two) times daily. |
| GLUCOSE 4 GM CHEWABLE TABLET | Take 4 g by mouth as needed for Low Blood Sugar. |
| INSULIN GLARGINE (LANTUS) 100 UNIT/ML INJECTION | Inject 20 Units into the skin every evening. |
| ISOSORBIDE DINITRATE (ISORDIL) 30 MG TABLET | Take 30 mg by mouth daily. |
| LACTULOSE (KRISTALOSE) 10 GRAM PACKET | Take 20 g by mouth 2 (two) times daily. |
| LATANOPROST (XALATAN) 0.005 % OPHTHALMIC SOLUTION | Place 1 drop into the left eye every evening. |
| LEVALBUTEROL HCL INHL | Inhale 90 mcg into the lungs every 6 (six) hours as needed (SOB). |
| LORATADINE (CLARITIN) 10 MG TABLET | Take 10 mg by mouth daily. |
| LOSARTAN (COZAAR) 50 MG TABLET | Take 50 mg by mouth daily. |

29

CIM

# ATTACHMENT
# E

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**    Warden/James S.Hill et al
*(AVISO AL DEMANDADO):*

**YOU ARE BEING SUED BY PLAINTIFF:**    Daniel Govind K17945
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: u.s.district court
*(El nombre y dirección de la corte es):* central districy eastern division

CASE NUMBER:
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Daniel Govind K17945
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

| DATE: *(Fecha)* | Clerk, by *(Secretario)* | , Deputy *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100  [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**For your protection and privacy, please press the Clear**
This Form button after you have printed the form.

[ Print this form ]  [ Save this form ]          [ Clear this form ]

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:** Sgt.Ms.Murray
*(AVISO AL DEMANDADO):*

**YOU ARE BEING SUED BY PLAINTIFF:** Daniel Govind K17945
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* u.s.discricy court
central districy
eastern division

CASE NUMBER:
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Daniel GovindK17945
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

| DATE:<br>*(Fecha)* | Clerk, by<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:

   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

For your protection and privacy, please press the Clear

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**  Correctional Officer Mr.Zuniga
*(AVISO AL DEMANDADO):*

**YOU ARE BEING SUED BY PLAINTIFF:**  Daniel Govind K17945
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

   You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

   There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

   *¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

   *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

   *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:  u¹'s.district court
*(El nombre y dirección de la corte es):*  central district
eastern division

CASE NUMBER:
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Daniel Govind K17945
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

DATE:
*(Fecha)*

Clerk, by
*(Secretario)* _____ , Deputy
*(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)       [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
   [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100  [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**For your protection and privacy, please press the Clear**
This Form button after you have printed the form.

[ Print this form ]  [ Save this form ]        [ Clear this form ]

## PROOF OF SERVICE BY M IL

(Case Title) Daniel Govind   K17945
          Plaintiff or Petitioner

V.                                          Case Number:

Warden James S,Smith,et al
          Defendant or Respondent

I hereby certify that on        6/1/23        , I served a copy

of the attached            civil law suit

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by depositing said envelope in the United States Mail at   california institution for men
chino,ca91708

U.S.District Court
Central Dist/Eastern Division
3470 Twelfth Street
Riverside,Ca92501

I declare under penalty of perjury that the foregoing is true and correct.

          Daniel Govind

(Signature of Person Completing Service)

Daniel Gouwc · K17945
California Inst. for Men.
P. O. Box. 368. Dom A-A-181L
Chino, Ca 91708

Legal Mail.
Confidential.

Hon. Judge
U. S. Dist. C
Central Dist
3470 Twelfth
Riverside, C

JUN − 7 2023
CENTRAL DISTRICT OF C
EASTERN