| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | JS-6 |

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.  **CV 23-01080-JFW(JC)** | Date: November 8, 2023 |

Title:     Daniel Govind -v- State of California, et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFF:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE**

    All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee.  28 U.S.C. § 1914(a).  An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1).  However, prisoners must still pay the filing fee but may do so through monthly installment payments if granted IFP.  28 U.S.C. § 1915(b).

    On September 14, 2023, the Court denied Plaintiff's IFP Request and directed him to pay the filing fee.  (Dkt. 8).  The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice.  (*Id*.)

    To date, Plaintiff has not paid the filing fee.  Accordingly, this action is **DISMISSED** without prejudice.  *See, e.g., Allen v. United States Dist. Ct. Dist. of Nevada*, 2022 WL 16702429, at *2 (D. Nev. Oct. 25, 2022) (dismissing § 1983 action where inmate failed qualify for IFP or pay filing fee).  All other pending matters are **TERMINATED**.

    IT IS SO ORDERED.