JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GOVIND, | Case No. 5:23-cv-01080-JFW-JC |
| Plaintiff, | JUDGMENT |
| v. | |
| WARDEN JAMES S. HILL, et al., | |
| Defendants. | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: January 5, 2026

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE